IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, ) | |
| ) | Civil Action File |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 6:09-cv-448-LED |
| ) | |
| Acer, Inc.; Acer America Corporation; Apple, ) | |
| Inc.; ASUS Computer International; ASUSTeK ) | |
| Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu ) | |
| America, Inc.; Gateway, Inc.; Hewlett Packard ) | |
| Co.; HP Development Company LLC; Sony ) | |
| Corporation; Sony Corporation of America; ) | |
| Sony Electronics Inc.; Toshiba Corporation; ) | |
| Toshiba America, Inc.; and Toshiba America ) | |
| Information Systems, Inc.; ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff U.S. Ethernet Innovations, LLC ("USEI"), pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against

defendant HP Development Company LLC ("HP Development") without prejudice.  HP

Development has filed neither an answer to the complaint nor a motion for summary judgment as

to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted, this 28th day of October, 2009.

- 2 -

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP


/s/ Jessica K. Redmond
John C. Herman
Ryan K. Walsh
E. Joseph Benz III
Jason S. Jackson
Peter M. Jones
Jessica K. Redmond
**Coughlin Stoia Geller**
    **Rudman & Robbins, LLP**
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, Georgia 30326
(404) 504-6500 (telephone)
(404) 504-6501 (facsimile)
jherman@csgrr.com
rwalsh@csgrr.com
jbenz@csgrr.com
jjackson@csgrr.com
pjones@csgrr.com
jredmond@csgrr.com

T. John Ward, Jr.
(State Bar No. 00794818)
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (fax)
jw@jwfirm.com

Attorneys for Plaintiff
U.S. Ethernet Innovations, LLC

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic

service are being served with a copy of the foregoing document via the Court's CM/ECF system per

Local Rule CV-5(a)(3) on this the 28th day of October, 2009.


/s/ Jessica K. Redmond