ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534
johng@rgrdlaw.com
lukeb@rgrdlaw.com

and

JOHN C. HERMAN
RYAN K. WALSH
PETER M. JONES
JASON S. JACKSON
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
pjones@rgrdlaw.com
jjackson@rgrdlaw.com

Attorneys for Plaintiff
U.S. Ethernet Innovations, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ACER, INC., ET AL., <br><br> Defendants. | Case No. C 10-03724 EMC <br><br> STIPULATION EXTENDING TIME TO RESPOND TO ATHEROS COMMUNICATIONS, INC.'S AMENDED COMPLAINT IN INTERVENTION <br><br> **ORDER** |

The parties stipulate and agree to a 7-day extension of the deadline to respond to Atheros Communications, Inc.'s ("Atheros") Amended Complaint in Intervention, up to and including September 7, 2010. The stipulated extension will not alter any other deadlines.

SO STIPULATED.

DATED: August 31, 2010

ROBBINS GELLER RUDMAN
  & DOWD, LLP
JOHN K. GRANT
LUKE O. BROOKS

*/s/ John. K. Grant*
JOHN K. GRANT

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534

ROBBINS GELLER RUDMAN
  & DOWD, LLP
JOHN C. HERMAN
RYAN K. WALSH
PETER M. JONES
JASON S. JACKSON
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501

Attorneys for Plaintiff,
U.S. Ethernet Innovations, LLC

| | | |
|---|---|---|
| 1 | DATED:  August 31, 2010 | REED SMITH LLP<br>RICHARD T. TING |
| 2 | | |
| 3 | | _____/s/ Richard T. Ting_____<br>RICHARD T. TING |
| 4 | | With Express Permission |
| 5 | | Reed Smith Centre<br>225 Fifth Avenue |
| 6 | | Pittsburgh, PA 15222-2716<br>Telephone:  412-288-3131 |
| 7 | | Facsimile:  412-288-3063 |
| 8 | | REED SMITH LLP<br>JONAH D. MITCHELL |
| 9 | | SCOTT D. BAKER<br>101 Second Street |
| 10 | | San Francisco, CA 94105<br>Telephone:  415-543-8700 |
| 11 | | Facsimile:  415-391-8269 |
| 12 | | Attorneys for Intervenor,<br>Atheros Communications, Inc. |

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Answer Atheros Communications Inc.'s Amended Complaint in Intervention.  In compliance with General Order 45, X.B., I hereby attest that Richard T. Ting has concurred in this filing.

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge



STIPULATION EXTENDING TIME TO RESPOND TO ATHEROS COMMUNICATIONS, INC.'S
AMENDED COMPLAINT IN INTERVENTION - C 10-03724 EMC                                           - 2 -

<u>Certificate of Service</u>

I hereby certify that on August 31, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2010.

<u>/s/ John K. Grant</u>
JOHN K. GRANT

ROBBINS GELLER RUDMAN
  & DOWD, LLP

E-mail: JohnG@rgrdlaw.com

STIPULATION EXTENDING TIME TO RESPOND TO ATHEROS COMMUNICATIONS, INC.'S
AMENDED COMPLAINT IN INTERVENTION - C 10-03724 EMC                                    - 3 -

# Mailing Information for a Case 3:10-cv-03724-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles Ainsworth**
  charley@pbatyler.com

- **Jennifer Parker Ainsworth**
  jainsworth@wilsonlawfirm.com

- **Kimball R Anderson**
  kanderson@winston.com

- **Steven S Baik**
  sbaik@orrick.com

- **Ruben Singh Bains**
  rbains@wmalaw.com

- **E Joseph Benz , III**
  jbenz@csgrr.com

- **Michael J. Bettinger**
  mike.bettinger@klgates.com,julia.alvarez@klgates.com,perry.brooks@klgatesgates.com,dina.delauter@klgates.com

- **Matthew J. Brigham**
  mbrigham@cooley.com,phennings@cooley.com,calendarrequest@cooley.com

- **John Philip Brinkmann**
  brinkmann@fr.com

- **Michael L Brody**
  MBrody@winston.com

- **James Patrick Brogan**
  jbrogan@cooley.com

- **John Frederick Bufe**
  johnbufe@potterminton.com

- **Robert Christopher Bunt**
  rcbunt@pbatyler.com

- **Kyle D Chen**
  kyle.chen@cooley.com

- **Roger Brian Craft**
  bcraft@findlaycraft.com

- **Deron R Dacus**
  ddacus@rameyflock.com

- **Harold H Davis , Jr**
  harold.davis@klgates.com

- **Benjamin Charles Elacqua**

- elacqua@fr.com

- Thomas J. Friel , Jr
  tfriel@cooley.com,phennings@cooley.com,aallen@cooley.com,calendarreq@cooley.com

- Allen Franklin Gardner
  allengardner@potterminton.com

- Matthew Clay Harris
  mch@emafirm.com

- David J Healey
  healey@fr.com

- John C Herman
  jherman@csgrr.com

- Jason S Jackson
  jjackson@rgrdlaw.com

- Jordan Jaffe
  jordanjaffe@quinnemanuel.com

- Christopher Frederick Jeu
  cjeu@mofo.com,klarson@mofo.com

- Kevin P.B. Johnson
  kevinjohnson@quinnemanuel.com,jackievalenzuela@quinnemanuel.com

- Michael E Jones
  mikejones@potterminton.com

- Peter M Jones
  pjones@csgrr.com

- Kyung Kim
  dkim@wmalaw.com

- Karl J Kramer
  kkramer@mofo.com

- Irfan A Lateef
  2ial@kmob.com

- Lionel Marks Lavenue
  Lionel.Lavenue@finnegan.com

- David T McDonald
  david.mcdonald@klgates.com

- Jonah D Mitchell
  jmitchell@reedsmith.com

- Charlene Marie Morrow
  cmorrow@fenwick.com,lkinard@fenwick.com

- Michael J Newton
  mike.newton@alston.com

- Hiep Huu Nguyen
  hnguyen@winston.com

- Nicholas James Nugent
  nicholas.nugent@finnegan.com

- Sean S Pak
  seanpak@quinnemanuel.com

- Robert M Parker
  rmparker@pbatyler.com

- Ashlea Pflug
  araymond@winston.com

- David T Pollock
  dpollock@reedsmith.com

- Jessica Kattula Redmond
  jredmond@csgrr.com

- Hector J. Ribera
  hribera@fenwick.com,emancera@fenwick.com

- Patricia Kane Schmidt
  patricia.schmidt@klgates.com

- Barry Kenneth Shelton
  shelton@fr.com,tipton@fr.com,pickett@fr.com,marlow@fr.com

- Bruce A Smith
  bsmith@jwfirm.com

- Seth M Sproul
  sproul@fr.com

- Seth McCarthy Sproul
  sproul@fr.com,owens@fr.com

- Garland T Stephens
  stephens@fr.com

- John W Thornburgh
  thornburgh@fr.com

- Andy Tindel
  atindel@andytindel.com

- Richard T Ting
  rting@reedsmith.com

- Mahmoud Munes Tomeh
  2mmt@kmob.com

- Ryan K Walsh
  rwalsh@csgrr.com

- Danny Lloyd Williams
  dwilliams@wmalaw.com

- Roderick B Williams
  rick.williams@klgates.com

- Ray R Zado
  rayzado@quinnemanuel.com

- Marko R Zoretic
  2mrz@kmob.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Scott D Baker
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659

Christopher Needham Cravey
Williams Morgan & Amerson PC
10333 Richmond
Suite 1100
Houston, TX 77042

Eric Hugh Findlay
Ramey & Flock
500 First Place
P.O. Box 629
Tyler, TX 75710

Jack Wesley Hill
Ireland Carroll & Kelley PC
6101 S Broadway
Suite 500
Tyler, TX 75703

James H. Lin
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Yasin Mohammad
Attorney at Law
12942 Dawn Dr
Derritos, CA 90703

Thomas John Ward                                              , Jr
Law Office of T John Ward Jr. PC
P.O. Box 1231
Longview, TX 75606-1231
```