CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
NVIDIA Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| U.S. Ethernet Innovations, LLC, | Case No. 3:10-cv-3724 (EMC) |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT NVIDIA CORPORATION |
| Acer, Inc., et al., | |
| Defendants. | [PROPOSED] ORDER |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendant NVIDIA Corporation hereby substitutes Fenwick and West LLP in place of Bracewell & Giuliani LLP as its counsel of record in this action.

The contact information for new counsel is as follows:

Charlene M. Morrow
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
650/988-8500
Email: cmorrow@fenwick.com

NOTICE OF SUBSTITUTION OF COUNSEL
FOR DEFENDANT NVIDIA (3:10-CV-3724
(EMC))

Hector J. Ribera
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
650-988-8500
Fax: 650-938-5200
Email: hribera@fenwick.com

Dated: August 30, 2010         FENWICK & WEST LLP

                               By: */s/ Hector J. Ribera*
                                   Hector J. Ribera
                                   Attorneys for Defendant
                                   NVIDIA Corporation

## CONSENT TO SUBSTITUTION

Michael Chibib, Barry Kenneth Shelton, Betty Hong Chen, and John Hanson Barr, Jr., of Bracewell & Giuliani LLP hereby consent to this substitution and upon the Court's entering of this order withdraw as counsel in this action.

Dated: August 30, 2010         BRACEWELL & GIULIANI LLP

                               By: */s/ Michael Chibib*
                                   Michael Chibib

**IT IS SO ORDERED:**

Dated: 9/3/10

Edward M. Chen
United States

IT IS SO ORDERED
Judge Edward M. Chen

NOTICE OF SUBSTITUTION OF COUNSEL
FOR DEFENDANT NVIDIA (3:10-CV-3724 (EMC))        2