1   David T. McDonald (Washington SBN 5260)
    **K&L GATES LLP**
2   925 4th Avenue, Ste. 2900
    Seattle, WA 98104-1158
3   Telephone:  (206) 370-7957
    Facsimile:  (206) 623-7022
4   David.McDonald@klgates.com

5

    Attorneys for Defendant
6   HEWLETT-PACKARD COMPANY

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11                                           )   CASE NO.:  3:10-cv-03724-EMC
                                             )
12   U.S. ETHERNET INNOVATIONS, LLC          )   [PROPOSED] ORDER GRANTING
                                             )   **APPLICATION FOR ADMISSION
13                      Plaintiff,           )   OF ATTORNEY *PRO HAC VICE***
                                             )
14       v.                                  )
                                             )
15   ACER, INC., ACER AMERICA                )
     CORPORATION, APPLE, INC., ASUS          )
16   COMPUTER INTERNATIONAL, ASUSTEK         )
     COMPUTER, INC., DELL INC., FUJITSU      )
17   LTD., FUJITSUAMERICA, INC., GATEWAY,    )
     INC., HEWLETT-PACKARD CO., HP           )
18   DEVELOPMENT COMPANY, SONY               )
     CORPORATION, SONY CORPORATION OF        )
19   AMERICA, SONY ELECTRONICS INC.,         )
     TOSHIBA CORPORATION, TOSHIBA            )
20   AMERICA, INC., AND TOSHIBA AMERICA      )
     INFORMATION SYSTEMS, INC.,              )
21                                           )
                                             )
22                      Defendants.          )
                                             )
23       AND                                 )
                                             )
24   INTEL CORPORATION, NVIDIA               )
     CORPORATION, AND MARVELL                )
25   SEMICONDUCTOR, INC., ATHEROS            )
     COMMUNICATIONS, INC.                    )
26                                           )
                                             )
27                      Intervenors.         )
     _____)
28

1      David T. McDonald whose business address and telephone number is **K&L GATES**

2 **LLP,** 925 4th Avenue, Ste. 2900, Seattle, WA 38104-1158, Telephone: (206) 370-7957,

3 Facsimile: (206) 623-7022, and who is an active member in good standing of the bar of United

4 States District Court or of the highest court of another State of District of Columbia having

5 applied in the above-entitled action for admission to practice in the Northern District of

6 California on a pro hac vice basis, representing Hewlett-Packard Company.

7      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

9 *vice.* Service of papers upon and communication with co-counsel designated in the application

10 will constitute notice to the party. All future filings in this action are subject to the requirements

11 contained in General Order No. 45, *Electronic Case Filing.*

12

       9/9/10

13 Dated: _____



The Honorable Edward M. Chen
U.S. District
Judge Edward M. Chen