ORIGINAL

1  John W. Thornburgh, SBN 154627, thornburgh@fr.com
   Seth M. Sproul, SBN 217711, sproul@fr.com
2  **FISH & RICHARDSON P.C.**
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone:  858-678-5070
   Facsimile:  858-678-5099
5
6  Garland T. Stephens, stephens@fr.com
   David J. Healey, *pro hac vice application pending*, healey@fr.com
7  Benjamin C. Elacqua, *pro hac vice application pending*, elacqua@fr.com
   John P. Brinkmann, *pro hac vice application pending*, brinkmann@fr.com
8  **FISH & RICHARDSON P.C.**
   1221 McKinney Street, Suite 2800
9  Houston, TX 77010
   Telephone: 713-654-5300
10 Facsimile:  713-652-0109

11 Attorneys for Intervenor Intel Corporation

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15 U.S. Ethernet Innovations, LLC,            | Case No. C 10-03724 EMC

16              Plaintiff,

17       v.                                     [PROPOSED] ORDER GRANTING
                                                APPLICATION OF
18 Acer, Inc., Acer America Corporation, Apple, JOHN P. BRINKMANN
   Inc., ASUS Computer International, ASUSTeK   FOR ADMISSION *PRO HAC VICE*
19 Computer Inc., Dell Inc., Fujitsu Ltd., Fujitsu
   America, Inc., Gateway, Inc., Hewlett Packard
20 Co., HP Development Company, Sony
   Corporation, Sony Corporation of America, Sony
21 Electronics Inc., Toshiba Corporation, Toshiba
   America, Inc., and Toshiba America Information
22 Systems, Inc.,

23              Defendants.

24       and

25 Intel Corporation, NVIDIA Corporation, and
   Marvell Semiconductor, Inc., Atheros
26 Communications, Inc.,

27              Intervenors.

28                                              [PROPOSED] ORDER GRANTING
                                                APPLICATION OF JOHN P. BRINKMANN
                                                FOR ADMISSION *PRO HAC VICE*
                                                Case No. C 10-03724 EMC



RECEIVED
2010 SEP -8  A 10: 48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

1    John P. Brinkmann, an active member in good standing of the Bar of the State of Texas,

2  having applied in the above-entitled action for admission to practice in the Northern District of

3  California on a pro hac vice basis, representing Intervenor Intel Corporation,

4    IT IS HEREBY ORDERED that the application is granted, subject to the terms and

5  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

6  *vice*. Service of papers upon and communication with co-counsel designated in the application

7  shall constitute notice to the party. All future filings in this action are subject to the requirements

8  contained in General Order No. 45, *Electronic Case Filing*.

9

10  Dated:_____9/9/10_____

11

12  Hon. Ed

13  United S                                    te Judge



14  11103669.doc

15

16

17

18

19

20

21

22

23

24

25

26

27                                    2

28                                    [PROPOSED] ORDER GRANTING
                                      APPLICATION OF JOHN P. BRINKMANN
                                      FOR ADMISSION PRO HAC VICE
                                      Case No. C 10-03724 EMC