United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. ETHERNET INNOVATIONS, LLC,

      Plaintiff,                          No. C 10-03724 JSW

  v.

ACER, INC., et al.,                        **ORDER OF RECUSAL**

      Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

     **IT IS SO ORDERED.**

Dated: September 15, 2010

                                   _____
                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE