ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534
johng@rgrdlaw.com
lukeb@rgrdlaw.com

and

JOHN C. HERMAN *(Admitted Pro Hac Vice)*
RYAN K. WALSH *(Admitted Pro Hac Vice)*
PETER M. JONES *(Admitted Pro Hac Vice)*
JASON S. JACKSON *(Admitted Pro Hac Vice)*
JESSICA K. REDMOND *(Admitted Pro Hac Vice)*
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
pjones@rgrdlaw.com
jjackson@rgrdlaw.com
jredmond@rgrdlaw.com

Attorneys for U.S. Ethernet Innovations, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | Case No. 5:10-cv-03724-JW |
| Plaintiff, | **NOTICE OF MOTION TO STRIKE** |
| vs. | Date: January 31, 2011<br>Time: 9:00 a.m. |
| ACER, INC., ET AL., | Place: Courtroom 8, 4th Floor |
| Defendants. | Hon. James Ware |

580206_1

1      PLEASE TAKE NOTICE that on January 31, 2011, or as soon thereafter as the matter

2  may be heard, in Courtroom 8, 4th Floor of the United States District Court for the Northern

3  District of California, located at 450 Golden Gate Avenue, San Francisco, CA, Plaintiff U.S.

4  Ethernet Innovations, LLC ("USEI") will and hereby does move the Court for an Order granting

5  its Motion to Strike Intervenors' Invalidity Defenses, previously filed in this case on July 23,

6  2010 in the Eastern District of Texas, Docket No. 326.

9  DATED: September 30, 2010                 ROBBINS GELLER RUDMAN
                                                & DOWD, LLP

12                                              /s/ Ryan K. Walsh
                                              RYAN K. WALSH

14                                          JOHN C. HERMAN
                                            RYAN K. WALSH
15                                          JASON S. JACKSON
                                            PETER M JONES
16                                          JESSICA K. REDMOND
                                            3424 Peachtree Road, N.E.
17                                          Monarch Centre, Suite 1650
                                            Atlanta, Georgia 30326
18                                          Telephone: 404-504-6500
                                            Facsimile: 404-504-6501

                                            ROBBINS GELLER RUDMAN
20                                            & DOWD, LLP
                                            JOHN K. GRANT
21                                          LUKE O. BROOKS
                                            Post Montgomery Center
22                                          One Montgomery Street, Suite 1800
                                            San Francisco, California 94104
23                                          Telephone: 415-288-4545
                                            Facsimile: 415-288-4534

                                            Attorneys for U.S. Ethernet Innovations, LLC

580206_1   NOTICE OF MOTION TO STRIKE – Case No. 5:10-cv-03724-JW Hon. James Ware      - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Ryan K. Walsh
RYAN K. WALSH