

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Acer, Inc., Acer America Corporation, Apple, Inc., ASUS Computer International, ASUSTeK Computer Inc., Dell Inc., Fujitsu Ltd., Fujitsu America, Inc., Gateway, Inc., Hewlett Packard Co., Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc.,<br><br>    Defendants.<br><br>    and<br><br>Intel Corporation, NVIDIA Corporation, Marvell Semiconductor, Inc., and Atheros Communications, Inc.,<br><br>    Intervenors. | Case No. 5:10-cv-03724 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER TO SCHEDULE HEARING AND BRIEFING SCHEDULE ON INTERVENORS' AND DEFENDANTS' MOTION TO SEVER<br><br><br><br>Judge:  Hon. James Ware |

1    Presently before the Court are Defendant Intel's Motion to Schedule Hearing on its
2   Motion to Sever and the parties' Stipulation re: the hearing.  (Docket Item No. 453.)  Upon review
3   and consideration, the Court GRANTS the parties' Stipulation as modified:
4
5    (1)  The Court sets **November 29, 2010 at 9 a.m.** as the hearing on the Motion to Sever (Docket Item No. 449) to coincide with the hearing on Broadcom's Motion to Intervene and Plaintiff's Motion to Strike.
6
7    (2)  Opposition to the Motion to Sever, if any, shall be filed on or before **November 16, 2010.**
8
9    (3)  Reply to the Motion to Sever, if any, shall be filed on or before **November 18, 2010.**
10   No modification of this schedule will be allowed.
11
12  Dated:  November 12, 2010                      _____
                                                    JAMES WARE
13                                                  United States District Judge