IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, | NO. C 10-03724 JW |
| Plaintiff, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Acer, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 13, 2010. In light of the parties' pending Motions, the Court finds that a Case Management Conference would be premature at this time.

Accordingly, the Court VACATES the December 13 Conference. The Court will set a new Case Management Conference date in its Order addressing the parties' Motions.

Dated: December 7, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andy Tindel atindel@andytindel.com
Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
David J Healey healey@fr.com
David Lee Gann dgann@rgrdlaw.com
David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
E Joseph Benz jbenz@csgrr.com
Garland T. Stephens stephens@fr.com
Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@orrick.com
Irfan Ahmed Lateef ial@kmob.com
Jack Wesley Hill fedserv@icklaw.com
James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
Jonah D Mitchell jmitchell@reedsmith.com
Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com
Kyle D Chen kyle.chen@cooley.com
Kyung Kim dkim@wmalaw.com
Laura Katherine Carter lcarter@winston.com
Lillian J Pan lpan@orrick.com
Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
Mahmoud Munes Tomeh 2mmt@kmob.com
Mark Daniel Selwyn mark.selwyn@wilmerhale.com
Marko R Zoretic 2mrz@kmob.com
Matthew Clay Harris mch@emafirm.com
Matthew J. Brigham mbrigham@cooley.com
Michael J Newton mike.newton@alston.com

2

Michael J. Bettinger mike.bettinger@klgates.com
Michael L Brody Mbrody@winston.com
Nicholas James Nugent nicholas.nugent@finnegan.com
Patricia Kane Schmidt patricia.schmidt@klgates.com
Peter M Jones pjones@rgrdlaw.com
Ray R. Zado rayzado@quinnemanuel.com
Richard T Ting rting@reedsmith.com
Robert Christopher Bunt rcbunt@pbatyler.com
Robert M Parker rmparker@pbatyler.com
Roderick Bland Williams rick.williams@klgates.com
Roger Brian Craft bcraft@findlaycraft.com
Ruben Singh Bains rbains@wmalaw.com
Ryan K. Walsh rwalsh@rgrdlaw.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Sang-Chul Pak seanpak@quinnemanuel.com
Seth McCarthy Sproul sproul@fr.com
Steven S Baik sbaik@orrick.com
Thomas J. Friel tfriel@cooley.com
Thomas John Ward jw@jwfirm.com
Timothy Paar Walker timothy.walker@klgates.com
William F. Lee william.lee@wilmerhale.com

**Dated:  December 7, 2010**                                **Richard W. Wieking, Clerk**

                                                            **By:      /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**