UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>             Plaintiff,<br>   v.<br><br>ACER, INC., ET AL.,<br><br>             Defendant. | Case No.: C-10-03724 JW (PSG)<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated:   January 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge