IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, | NO. C 10-03724 JW |
| Plaintiff,<br>v.<br>Acer, Inc., et al.,<br>Defendants. | **ORDER REFERRING CASE TO ACTING CHIEF MAGISTRATE JUDGE SPERO FOR DETERMINATION OF APPROPRIATE REASSIGNMENT** |

On January 4, 2011, the Court referred Plaintiff's Motion to Compel Interrogatory Responses and Documents from Defendant Hewlett Packard Co.[1] to Magistrate Judge Lloyd for disposition in light of Magistrate Judge Grewal's recusal from the case. (See Docket Item Nos. 478, 479.) On the same day, Judge Lloyd also filed an Order of Recusal from the case. (See Docket Item No. 480.)

Accordingly, the Court refers this matter to Acting Chief Magistrate Judge Spero for determination of appropriate reassignment of this case to another magistrate judge to: (1) resolve the pending Motion; and (2) for permanent assignment to resolve all future discovery disputes in accordance with the Civil Local Rules of Court. Once Judge Spero makes his determination, the moving party shall renotice its Motion before the newly assigned magistrate judge in accordance with that Judge's civil calendar.

Dated: January 5, 2011

JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 456.)

United States District Court
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Andy Tindel atindel@andytindel.com
   Ashlea Pflug araymond@winston.com
3  Barry Kenneth Shelton shelton@fr.com
   Benjamin Charles Elacqua elacqua@
4  Brian Christopher Claassen Brian.Claassen@kmob.com
   Bruce A Smith bsmith@jwfirm.com
5  Charlene Marie Morrow cmorrow@fenwick.com
   Charles Ainsworth charley@pbatyler.com
6  Christopher Frederick Jeu cjeu@mofo.com
   Christopher Needham Cravey ccravey@wmalaw.com
7  Christopher Ronald Noyes christopher.noyes@wilmerhale.com
   Craig Steven Summers 2css@kmob.com
8  Danny Lloyd Williams dwilliams@wmalaw.com
   David J Healey healey@fr.com
9  David Lee Gann dgann@rgrdlaw.com
   David T McDonald david.mcdonald@klgates.com
10 David T Pollock dpollock@reedsmith.com
   Deron R Dacus ddacus@rameyflock.com
11 Dominic E. Massa dominic.massa@wilmerhale.com
   Douglas R. Young dyoung@fbm.com
12 E Joseph Benz jbenz@csgrr.com
   Eric Louis Toscano etoscano@reedsmith.com
13 Garland T. Stephens stephens@fr.com
   Harold H Davis harold.davis@klgates.com
14 Hector J. Ribera hribera@fenwick.com
   Hiep Huu Nguyen hnguyen@winston.com
15 Hsiang H. Lin jlin@orrick.com
   Irfan A Lateef 2ial@kmob.com
16 Irfan Ahmed Lateef ial@kmob.com
   Jack Wesley Hill fedserv@icklaw.com
17  James Patrick Brogan jbrogan@cooley.com
   Jason S Jackson jjackson@rgrdlaw.com
18 Jeffrey Fuming Yee yeej@gtlaw.com
   Jeffrey K. Joyner joynerj@gtlaw.com
19 Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
   Jessica M. Kattula jkattula@rgrdlaw.com
20 John Christopher Herman jherman@rgrdlaw.com
   John K. Grant johnkg@rgrdlaw.com
21 John Philip Brinkmann brinkmann@fr.com
   John W Thornburgh thornburgh@fr.com
22 Jonah D Mitchell jmitchell@reedsmith.com
   Jonah Dylan Mitchell jmitchell@reedsmith.com
23 Jordan Jaffe jordanjaffe@quinnemanuel.com
   Karl J Kramer kkramer@mofo.com
24 Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
   Kimball R Anderson kanderson@winston.com
25 Kyle D Chen kyle.chen@cooley.com
   Kyung Kim dkim@wmalaw.com
26 Laura Katherine Carter lcarter@winston.com
   Lillian J Pan lpan@orrick.com
27 Lionel Marks Lavenue Lionel.Lavenue@finnegan.com

28

2

<div style="column-count:1">

**United States District Court**
For the Northern District of California

1  Mahmoud Munes Tomeh 2mmt@kmob.com
   Mark Daniel Selwyn mark.selwyn@wilmerhale.com
2  Marko R Zoretic 2mrz@kmob.com
   Matthew Clay Harris mch@emafirm.com
3  Matthew J. Brigham mbrigham@cooley.com
   Michael J Newton mike.newton@alston.com
4  Michael J. Bettinger mike.bettinger@klgates.com
   Michael L Brody Mbrody@winston.com
5  Nicholas James Nugent nicholas.nugent@finnegan.com
   Patricia Kane Schmidt patricia.schmidt@klgates.com
6  Peter M Jones pjones@rgrdlaw.com
   Ray R. Zado rayzado@quinnemanuel.com
7  Richard T Ting rting@reedsmith.com
   Robert Christopher Bunt rcbunt@pbatyler.com
8  Robert M Parker rmparker@pbatyler.com
   Roderick Bland Williams rick.williams@klgates.com
9  Roger Brian Craft bcraft@findlaycraft.com
   Ruben Singh Bains rbains@wmalaw.com
10 Ryan K. Walsh rwalsh@rgrdlaw.com
   Scott Richard Mosko scott.mosko@finnegan.com
11 Sean Sang-Chul Pak seanpak@quinnemanuel.com
   Seth M Sproul sproul@fr.com
12 Steven S Baik sbaik@orrick.com
   Thomas J. Friel tfriel@cooley.com
13 Thomas John Ward jw@jwfirm.com
   Timothy Paar Walker timothy.walker@klgates.com
14 William F. Lee william.lee@wilmerhale.com

</div>

**Dated: January 5, 2011**                          **Richard W. Wieking, Clerk**

                                                    **By:    /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**