ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD (135628), miked@rgrdlaw.com
JOHN K. GRANT (169813), johng@rgrdlaw.com
SHAWN A. WILLIAMS (213113), shawnw@rgrdlaw.com
ELI R. GREENSTEIN (217945), elig@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534

and

JOHN C. HERMAN (*pro hac vice*), jherman@rgrdlaw.com
RYAN K. WALSH (*pro hac vice*), rwalsh@rgrdlaw.com
PETER M. JONES (*pro hac vice*), pjones@rgrdlaw.com
JASON S. JACKSON (*pro hac vice*), jjackson@rgrdlaw.com
DAVID L. GANN (*pro hac vice*), dgann@rgrdlaw.com
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501

Attorneys for Plaintiff,
U.S. Ethernet Innovations, LLC

*IT IS SO ORDERED*
*Judge James Ware*
1/14/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>               Plaintiff,<br><br>      vs.<br><br>ACER, INC., ET AL.,<br><br>               Defendants, | Case No. 5:10-CV-03724-JW<br><br>STIPULATION EXTENDING TIME TO ANSWER BROADCOM CORPORATION'S COMPLAINT IN INTERVENTION<br><br><br>Judge: Hon. James Ware |

593373_1

1   Whereas, the current deadline for U.S. Ethernet Innovations, LLC ("USEI") to answer
2  Broadcom Corporation's ("Broadcom") Complaint in Intervention is January 12, 2011.

3   Whereas, the parties agree to a seven-day extension of the deadline for USEI to answer
4  Broadcom's Complaint in Intervention, up to and including January 19, 2011.

5   Whereas, the parties have not previously requested an extension of time to answer this
6  complaint.

7   Whereas, the parties agree that the extension will not have a significant impact on the case
8  schedule.

9   Now therefore, pursuant to Local Rule 6-1(a), it is stipulated and agreed:

10  USEI shall file a response to Broadcom's Complaint in Intervention no later than January 19,
11  2011.

23   [SIGNATURES ON FOLLOWING PAGE]

593373_1   STIPULATION EXTENDING TIME TO ANSWER BROADCOM CORPORATION'S COMPLAINT IN
INTERVENTION - 5:10-CV-03724-JW                                                                                    - 1 -

| | | |
|---|---|---|
| 1 | DATED:  January 13, 2011 | ROBBINS GELLER RUDMAN<br>    & DOWD LLP |

_/s/ Peter M. Jones_
PETER M. JONES

JOHN C. HERMAN
RYAN K. WALSH
PETER M. JONES
JASON S. JACKSON
DAVID L. GANN
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
pjones@rgrdlaw.com
jjackson@rgrdlaw.com
dgann@rgrdlaw.com

MICHAEL J. DOWD
JOHN K. GRANT
SHAWN A. WILLIAMS
ELI R. GREENSTEIN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534
miked@rgrdlaw.com
johng@rgrdlaw.com
shawnw@rgrdlaw.com
elig@rgrdlaw.com

Attorneys for U.S. Ethernet Innovations, LLC

| | | |
|---|---|---|
| 1 | DATED:  January 13, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |

<u>     /s/ Christopher R. Noyes     </u><br>
CHRISTOPHER R. NOYES

CHRISTOPHER R. NOYES
WILLIAM F. LEE
DOMINIC E. MASSA
60 State Street
Boston, MA 02109
Telephone: 617-526-6436
Facsimile: 617 526-5000
christopher.noyes@wilmerhale.com

Attorney for Broadcom Corporation

I, Peter M. Jones, am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Answer Broadcom Corporation's Complaint in Intervention.  In compliance with General Order 45, X.B., I hereby attest that Christopher R. Noyes has concurred in this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 13, 2011.

/s/ *Peter M. Jones*
PETER M. JONES