United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>      Plaintiff,<br>   v.<br><br>Acer, Inc., et al.,<br><br>_____ /<br><br>AT&T, Inc., et al.,<br><br>      Defendants.<br>_____ / | NO. C 10-03724 JW<br>NO. C 10-05254 JW<br><br>**ORDER FOLLOWING TUTORIAL HEARING; ORDER RELATING CASES FOR CLAIM CONSTRUCTION PURPOSES** |

On February 25, 2011, the Court conducted a tutorial of the patents-in-suit. In light of the parties' presentations at the tutorial and the discussion at the conference, the Court ORDERS as follows:

(1) Upon review and consideration of the technology involved and the nature of the dispute, the Court finds a single Markman to construe all the disputed claims would be more efficient than any bifurcation at this time. Thus, the Court will conduct a claim construction hearing and issue a Claim Construction Order that will serve as the law of the case prior to bifurcation.

(2) Once the Claim Construction is issued, the Court will invite cross-briefing from the parties to address the issues identified at the tutorial, namely, remedy exhaustion and direct versus indirect infringement of the patents-in-suit and any other additional issues the Court may identify following the claim construction hearing;

(3) Although it is the Court's practice to not relate cases that are already assigned to it, the Court orders that C 10-5254 JW be related to C 10-3724 for the purposes of claim construction coordination. The Court lifts the stay imposed in C 10-5254 JW so that the parties in the AT&T can meet and confer with the Defendants in the Acer case and participate in the claim construction process.

(4) On **March 28, 2011 at 10 a.m.**, the Court will conduct an Initial Case Management Conference.

(5) On or before **March 18, 2011**, the parties shall meet and confer and submit a Joint Statement and Proposed Schedule in accordance with Patent L.R. 2-1. Specifically, the parties shall address the timing and structure of the claim construction briefing and presentation. In particular, the Court is concerned with which Defendants will take an active role in the claim construction process. Defendants shall meet and confer and if feasible, designate lead attorneys who will represent the interests of all Defendants at the Markman.

Dated:  March 7, 2011

JAMES WARE
United States District Chief Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
Darryl Michael Woo dwoo@fenwick.com
David J Healey healey@fr.com
David Lee Gann dgann@rgrdlaw.com
David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
Douglas R. Young dyoung@fbm.com
E Joseph Benz jbenz@csgrr.com
Eric Louis Toscano etoscano@reedsmith.com
Garland T. Stephens stephens@fr.com
Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@ftbklaw.com
Irfan A Lateef 2ial@kmob.com
Irfan Ahmed Lateef ial@kmob.com
Jack Wesley Hill fedserv@icklaw.com
James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
Jeffrey Fuming Yee yeej@gtlaw.com
Jeffrey K. Joyner joynerj@gtlaw.com
Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
Jonah D Mitchell jmitchell@reedsmith.com
Jonah Dylan Mitchell jmitchell@reedsmith.com
Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com
Kyle D Chen kyle.chen@cooley.com
Kyung Kim dkim@wmalaw.com
Lam Khanh Nguyen lnguyen@cooley.com

Laura Katherine Carter lcarter@winston.com
Lillian J Pan lpan@orrick.com
Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
Mahmoud Munes Tomeh 2mmt@kmob.com
Mark Daniel Selwyn mark.selwyn@wilmerhale.com
Marko R Zoretic 2mrz@kmob.com
Matthew Clay Harris mch@emafirm.com
Matthew J. Brigham mbrigham@cooley.com
Michael J Newton mike.newton@alston.com
Michael J. Bettinger mike.bettinger@klgates.com
Michael L Brody Mbrody@winston.com
Nicholas James Nugent nicholas.nugent@finnegan.com
Patricia Kane Schmidt patricia.schmidt@klgates.com
Peter M Jones pjones@rgrdlaw.com
Ray R. Zado rayzado@quinnemanuel.com
Richard T Ting rting@reedsmith.com
Robert Christopher Bunt rcbunt@pbatyler.com
Robert M Parker rmparker@pbatyler.com
Roderick Bland Williams rick.williams@klgates.com
Roger Brian Craft bcraft@findlaycraft.com
Ruben Singh Bains rbains@wmalaw.com
Ryan K. Walsh rwalsh@rgrdlaw.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Sang-Chul Pak seanpak@quinnemanuel.com
Seth M Sproul sproul@fr.com
Seth McCarthy Sproul sproul@fr.com
Steven S. Baik sbaik@ftbklaw.com
Thomas J. Friel tfriel@cooley.com
Thomas John Ward jw@jwfirm.com
Timothy Paar Walker timothy.walker@klgates.com
William F. Lee william.lee@wilmerhale.com

**Dated: March 7, 2011**         **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
**       Elizabeth Garcia**
**       Courtroom Deputy**