Laura K. Carter (SBN 244956)
lcarter@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5802
Telephone No.: (415) 591-1000
Facsimile No.: (415) 591-1400

Kimball R. Anderson (*Pro Hac Vice*)
kanderson@winston.com
Michael L. Brody (*Pro Hac Vice*)
mbrody@winston.com
Eric J. Mersmann (*Pro Hac Vice*)
emersmann@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone No.: (312) 558-5600
Facsimile No.: (312) 558-5700

Hiep Huu Nguyen (*Pro Hac Vice*)
hnguyen@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone No.: (212) 294 6700
Facsimile No.: (212) 294-4700

Attorneys for Defendant/Counterclaimant:
DELL INC.

IT IS SO ORDERED AS MODIFIED
Judge James Ware
4/11/2011

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ACER, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:10-CV-3724 (JW) <br><br> **NOTICE OF WITHDRAWAL OF ASHLEA RAYMOND AS COUNSEL OF RECORD FOR DEFENDANT DELL INC.** |

NOTICE OF WITHDRAWAL OF COUNSEL (ASHLEA RAYMOND); CASE NO. CV 10-3724 (JW)

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that ASHLEA RAYMOND hereby withdraws as counsel of record for Defendant/Counter-claimant DELL INC.

Defendant/counter-claimant DELL INC. hereby requests that Ashlea Raymond be removed as counsel of record and removed from the master service list in the above-entitled action.

Dated: April 4, 2011                                   Respectfully submitted,

                                                       WINSTON & STRAWN LLP


                                              By:     /s/ Laura K. Carter
                                                      LAURA K. CARTER
                                                      Attorney for Defendant/Counter-claimant
                                                      DELL INC.


IT IS SO ORDERED.

Ashlea Raymond is also listed as as Ashlea Pflug on the respective case docket (Docket Item No. 259) and is terminated as requested.

Dated: April 11, 2011                          _____
                                               James Ware
                                               United States District Chief Judge

# CERTIFICATE OF SERVICE

**CASE NAME:** *U.S. Ethernet Innovations, LLC v. Acer, Inc., et al.*
**COURT:** U.S. District Court, N.D. California (San Francisco Division)
**CASE NO.:** CV 10-03724 (JW)
**FILE NO.:** 006278.25

    I hereby certify that on this date I electronically filed **NOTICE OF WITHDRAWAL OF ASHLEA RAYMOND AS COUNSEL OF RECORD FOR DEFENDANT/COUNTER-CLAIMANT DELL INC.** with the clerk of court for the United States District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: April 4, 2011                                             ___/s/ Tapa E. Tualaulelei_____
                                                                                            Tapa E. Tualaulelei