**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10   U.S. Ethernet Innovations, LLC,          NO. C 10-03724 JW
                                              NO. C 10-05254 JW
11              Plaintiff,                     NO. C 10-03481 JW

12     v.                                     **ORDER GRANTING MOTION TO**
                                              **STRIKE; DENYING MOTION FOR**
13   Acer, Inc., et al.,                       **ORDER SHORTENING TIME**

14   _____/

15   AT&T, Inc., et al.,

16

17              Defendants.

     _____/

18   Zions Bancorporation, et al.,

19              Plaintiffs,

20     v.

21   U.S. Ethernet Innovations, LLC,

22              Defendant.

23   _____/

24

25        Presently before the Court are: (1) Defendants' and Intervenors' Motion to Strike

26   Declaration of Dr. Michael Mitzenmacher;[1] and (2) Defendants' and Intervenors' Motion to Shorten

27   _____

28        [1]  (hereafter, "Motion to Strike," Docket Item No. 560 in No. C 10-3724 JW.)

United States District Court
For the Northern District of California

1   Time for a hearing on their Motion to Strike.[2]  Based on the briefings submitted thus far on these

2   issues, the Court finds that it can adjudicate the Motions without the necessity of further briefing or

3   a hearing at this time.  See Civ. L.R. 7-1(b).

4        Pursuant to Federal Rule of Civil Procedure 12(f), "the court may order stricken from any

5   pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

6   The Ninth Circuit has held that "[t]he function of a 12(f) motion to strike is to avoid the expenditure

7   of time and money that must arise from litigating spurious issues by dispensing with those issues

8   prior to trial."  Sidney-Vinstein v. A.H. Robins Co., 697 F.2d 880, 885 (9th Cir. 1983) (citation

9   omitted).

10       Here, Defendants move to strike the declaration of Dr. Mitzenmacher which Plaintiff has

11   included in its opening claim construction briefing to support its proposed definitions regarding

12   disputed claim terms.  (Motion to Strike at 2.)  As the Court explained in its September 7 Order, the

13   Court's Patent Scheduling Order clearly provides that "[n]o testimony will be allowed" at any Claim

14   Construction Hearing "unless the Court orders otherwise[] based upon a timely motion noticed for

15   hearing at least 10 days prior to the Claim [Construction] Hearing."[3]  In its September 7 Order, the

16   Court stated that the parties would not be permitted to call witnesses or present extrinsic evidence at

17   the Markman hearing, because no party had timely noticed a motion seeking to present testimony at

18   that hearing.  (Id.)  To date, Plaintiff has not tendered such a motion before the Court.  Because

19   Plaintiff will not be permitted to present Dr. Mitzenmacher or his testimony at the Markman hearing,

20   it necessarily follows that Plaintiff cannot rely on Dr. Mitzenmacher's testimony to support its

21   proposed definitions for the disputed terms.  Thus, the Court will not consider this extrinsic evidence

22

23       [2]  (Defendants' and Intervenors' L.R. 6-3 Motion for Order Shortening Time for Briefing on
     Motion to Strike Declaration of Dr. Michael Mitzenmacher, Docket Item No. 559 in No. C 10-3724
24   JW.)  Defendants and Intervenors move for an "expedition of the briefing schedule" on Defendants'
     Motion to Strike, on the grounds that "determining the admissibility of Dr. Mitzenmacher's testimony
25   is necessary for the Markman hearing scheduled for October 21, 2011, and thus, without an accelerated
     briefing schedule, the Court will not be able to consider Defendants' [Motion to Strike] prior to the
26   Markman hearing."  (Id. at 1.)

27       [3]  (Order Vacating Case Management Conference; Denying Motion to Strike at 3, hereafter,
     "September 7 Order," Docket Item No. 547 in No. C 10-3724 JW.)

28                                          2

in defining the disputed terms.  Further, the Court observes that in its Opposition to Defendants'

Motion to Shorten Time, Plaintiff admits that there is no need to expedite the briefing schedule on

the Motion to Strike, because the Court has already ordered that "no party may present live

testimony at the <u>Markman</u> [h]earing."[4]

Accordingly, the Court GRANTS Defendants' Motion to Strike the Declaration of Dr.

Michael Mitzenmacher.[5]  The Declaration of Dr. Mitzenmacher is ordered to be stricken from

Plaintiff's Opening <u>Markman</u> Brief, and is excluded from the <u>Markman</u> process.  On or before

**October 14, 2011**, Plaintiff shall file and serve its Amended Claim Construction Statement

consistent with the terms of this Order.

In light of this Order, Defendants' Motion to Shorten Time is DENIED as moot.

Dated:  October 12, 2011

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

---

[4]  (Plaintiff's Opposition to Defendants' Administrative Motion to Shorten Time for Briefing on Motion to Strike Declaration of Dr. Michael Mitzenmacher at 1-2, Docket Item No. 562 in No. C 10-3724 JW.)

[5]  (Docket Item No. 552-11.)

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
Darryl Michael Woo dwoo@fenwick.com
David J Healey healey@fr.com
David J. Healey Healey@fr.com
David Lee Gann dgann@rgrdlaw.com
David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
Douglas R. Young dyoung@fbm.com
E Joseph Benz jbenz@csgrr.com
Eric Louis Toscano etoscano@reedsmith.com
Garland T. Stephens stephens@fr.com
Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@ftbklaw.com
Irfan A Lateef 2ial@kmob.com
Irfan Ahmed Lateef ial@kmob.com
Jack Wesley Hill fedserv@icklaw.com
Jack Wesley Hill fedserv@icklaw.com
James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
Jeffrey Fuming Yee yeej@gtlaw.com
Jeffrey K. Joyner joynerj@gtlaw.com
Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
Jonah D Mitchell jmitchell@reedsmith.com
Jonah Dylan Mitchell jmitchell@reedsmith.com
Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com
Kyle D Chen kyle.chen@cooley.com

4

1    Kyung Kim dkim@wmalaw.com
     Lam Khanh Nguyen lnguyen@cooley.com
2    Laura Katherine Carter lcarter@winston.com
     Lillian J Pan lpan@orrick.com
3    Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
     Mahmoud Munes Tomeh 2mmt@kmob.com
4    Mark Daniel Selwyn mark.selwyn@wilmerhale.com
     Marko R Zoretic 2mrz@kmob.com
5    Matthew Clay Harris mch@emafirm.com
     Matthew J. Brigham mbrigham@cooley.com
6    Michael J Newton mike.newton@alston.com
     Michael J. Bettinger mike.bettinger@klgates.com
7    Michael L Brody Mbrody@winston.com
     Nicholas James Nugent nicholas.nugent@finnegan.com
8    Patricia Kane Schmidt patricia.schmidt@klgates.com
     Peter M Jones pjones@rgrdlaw.com
9    Ray R. Zado rayzado@quinnemanuel.com
     Richard T Ting rting@reedsmith.com
10   Robert Christopher Bunt rcbunt@pbatyler.com
     Robert M Parker rmparker@pbatyler.com
11   Roderick Bland Williams rick.williams@klgates.com
     Roger Brian Craft bcraft@findlaycraft.com
12   Ruben Singh Bains rbains@wmalaw.com
     Ryan K. Walsh rwalsh@rgrdlaw.com
13   Scott D. Baker sbaker@reedsmith.com
     Scott Richard Mosko scott.mosko@finnegan.com
14   Sean Sang-Chul Pak seanpak@quinnemanuel.com
     Seth M Sproul sproul@fr.com
15   Seth McCarthy Sproul sproul@fr.com
     Steven S. Baik sbaik@ftbklaw.com
16   Thomas J. Friel tfriel@cooley.com
     Thomas John Ward jw@jwfirm.com
17   Thomas John Ward jw@jwfirm.com
     Timothy Paar Walker timothy.walker@klgates.com
18   Todd Richard Gregorian tgregorian@fenwick.com
     William F. Lee william.lee@wilmerhale.com
19

20   **Dated:  October 12, 2011**                    **Richard W. Wieking, Clerk**

21

22                                                    **By:    /s/ JW Chambers            **
                                                          **Susan Imbriani**
23                                                        **Courtroom Deputy**

24

25

26

27

28                                    5

**United States District Court**
For the Northern District of California