JAMES H. LIN (SBN: 241472)
jlin@ftbklaw.com
KEVIN C. JONES (SBN: 240205)
kjones@ftbklaw.com
FREITAS TSENG BAIK AND KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Defendants
ACER INC., ACER AMERICA CORPORATION and
GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | Case No. 5:10-cv-03724 JW (LB) |
| Plaintiff, | |
| v. | **NOTICE OF FIRM NAME CHANGE AND WITHDRAWAL OF ATTORNEY FOR DEFENDANTS ACER INC., ACER AMERICA CORPORATION AND GATEWAY, INC.** |
| ACER INC., ACER AMERICA CORPORATION, APPLE INC., ASUS COMPUTER INTERNATIONAL, ASUSTEK COMPUTER INC., DELL INC., FUJITSU LTD., FUJITSU AMERICA, INC., GATEWAY, INC., HEWLETT PACKARD CO., HP DEVELOPMENT COMPANY LLC, SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendants. | |
| And | |
| INTEL CORPORATION, NVIDIA CORPORATION, MARVELL SEMICONDUCTOR, INC., ATHEROS COMMUNICATIONS, INC., AND BROADCOM CORPORATION, | |
| Intervenors. | |

Please take notice that effective November 1, 2011, Freitas Tseng Baik & Kaufman LLP changed its name to Freitas Tseng & Kaufman LLP. The address, telephone number, and fax number will remain the same.

          Freitas Tseng & Kaufman LLP
          100 Marine Parkway, Suite 200
          Redwood Shores, CA 94065
          Tel: (650) 593-6300
          Fax: (650) 593-6301

  Please take further notice that Steven S. Baik is no longer counsel of record for Acer Inc., Acer America Corporation, or Gateway, Inc. in this action, and should no longer receive service or notices of electronic filings or other activity through the ECF system in this action.

Dated: November 3, 2011       FREITAS TSENG BAIK AND KAUFMAN LLP

                 */s/ Kevin C. Jones*
                 KEVIN C. JONES

                 Attorneys for Defendants
             ACER INC., ACER AMERICA CORPORATION
                 and GATEWAY, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed NOTICE OF FIRM NAME CHANGE AND WITHDRAWAL OF ATTORNEY FOR DEFENDANTS ACER INC., ACER AMERICA CORPORATION AND GATEWAY, INC. with the clerk of court for the United States District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: November 3, 2011         */s/ Elizabeth Kim*
                                Elizabeth Kim