| | |
|---|---|
| 1  ANDREWS KURTH LLP | (Space Below Reserved for Filing Stamp Only) |
|    TONYA M. GRAY (*pro hac vice*) | |
| 2  GERALD C. CONLEY (*pro hac vice*) | |
|    1717 Main Street, Suite 3700 | |
| 3  Dallas, Texas 75201 | |
|    Telephone:  214.659.4400 | |
| 4  Facsimile:  214.659.4401 | |
|    tonyagray@andrewskurth.com | |
| 5 | |
|    Attorneys for Defendants | |
| 6  J.C. Penney Company, Inc. | |
|    Ann Taylor Stores Corporation | |
| 7  Ann Taylor Retail, Inc. | |
| 8  *ADDITIONAL DEFENDANTS* | |
|    *LISTED ON SIGNATURE PAGES* | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, | |
|    Plaintiff, | Case No. C 3:10-cv-03724 MMC |
|    v. | Case No. C 3:10-cv-05254 MMC |
| | Case No. C 3:10-cv-03481 MMC |
| Acer, Inc., et al., | |
|    Defendants. | **DENYING** |
| | **[PROPOSED] ORDER GRANTING** |
| | **JOINT REQUEST TO PARTICIPATE IN** |
| | **CASE MANAGEMENT CONFERENCE** |
| | **TELEPHONICALLY PURSUANT TO** |
| | **LOCAL RULE 16-10** |
| AT&T Mobility, LLC, et al., | |
|    Defendants | Judge:      Hon. Maxine M. Chesney |
| | Courtroom:  7, 19th Floor |
| | Date:       November 9, 2012 |
| | Time:       10:30 a.m. |
| Zions Bancorporatio,. | |
|    Plaintiff, | |
|    v. | |
| U.S. Ethernet Innovations, LLC, | |
|    Defendant. | |

(The "DENYING" is handwritten/stamped; "[PROPOSED]" and "GRANTING" are struck through.)

1

[Proposed] Order Granting Request to Participate In Hearing Telephonically
DAL:847422.1

1   IT IS HEREBY ORDERED that Defendants J.C. Penney Company, Inc., Ann Taylor
2   Stores Corporation, Ann Taylor Retail, Inc., Rent-A-Center, Inc., Kirkland's, Inc., Kirkland's
3   Stores, Harley-Davidson, Inc., Harley-Davidson Motor Company, Inc., The Dress Barn, Inc.,
4   Toshiba Corporation, Toshiba America, Inc. and Toshiba America Information Systems, Inc.'s
5   request for leave permitting their counsel to telephonically participate in the Case Management
6   Conference scheduled before this Court on November 9, 2012 at 10:30 A.M. in Courtroom 7,
7   19th Floor, 450 Golden Gate Avenue, San Francisco, California is ~~GRANTED.~~ DENIED.
8   IT IS SO ORDERED.

9
10  Dated: November 5, 2012

    By: /s/ Maxine M. Chesney
11  Honorable Judge Maxine M. Chesney
12  United States District Judge

13  Respectfully submitted,
14
15  ANDREWS KURTH LLP
    Tonya M. Gray (*pro hac vice*)
16  By: */s/ Tonya M. Gray*
17
18  GREENBURG TRAURIG, LLP
    Jeffrey K. Joyner
19  By: */s/ Jeffrey K. Joyner (with permission)*
20
21  BASS, BERRY & SIMS, PLC
    G. Scott Thomas
22  By: */s/ G. Scott Thomas (with permission)*

23  BANNER & WITCOFF, LTD.
    H. Wayne Porter
24  By: */s/ H. Wayne Porter (with permission)*

25  CONNOLLY BOVE LODGE & HUTZ LLP
    Jeffrey L. Eichen
26  By: */s/ Jeffrey L. Eichen (with permission)*

27  KNOBBE, MARTENS, OLSON & BEAR, LLP
    Brian C. Claassen
28  By: */s/ Brian C. Classen (with permission)*

2
[Proposed] Order Granting Request to Participate In Hearing Telephonically
DAL:847422.1