# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

U.S. Ethernet Innovations, LLC,

    Plaintiff(s),

v.

Acer, Inc. et al.

    Defendant(s).

Case No: 3:10-cv-03724

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AND ORDER THEREON**
(CIVIL LOCAL RULE 11-3)

I, Carmen Bremer, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Intel Corporation in the above-entitled action. My local co-counsel in this case is Seth M. Sproul, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Weil, Gotshal & Manges, LLP<br>200 Crescent Court, Suite 300, Dallas, TX 75201 | Fish & Richardson P.C.<br>12390 El Camino Real, San Diego, CA 92130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 746-7700 | (858) 678-5070 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| carmen.bremer@weil.com | sproul@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24041009.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/20/12

*Carmen Bremer*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Carmen Bremer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 5, 2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Honorable Maxine M. Chesney

PRO HAC VICE APPLICATION & ORDER     *August 2012*