| | |
|---|---|
| Danny L. Williams | Robbins Geller Rudman & Dowd LLP |
| dwilliams@wmalaw.com | Michael J. Dowd (135628) |
| Williams, Morgan & Amerson, P.C. | John K. Grant (169813) |
| 10333 Richmond Ave, Suite 1100 | Shawn A. Williams (213113) |
| Houston, Texas 77042 | Post Montgomery Center |
| Phone: 713-934-7000 / Fax: 713-934-7011 | One Montgomery Street, Suite 1800 |
| | San Francisco, California 94104 |
| Attorneys for Apple Inc. | Telephone: 415-288-4545 |
| | Facsimile: 415-288-4534 |
| | miked@rgrdlaw.com; |
| | johng@rgrdlaw.com; |
| | shawnw@rgrdlaw.com |
| | |
| | John C. Herman (*pro hac vice*) |
| | Ryan K. Walsh (*pro hac vice*) |
| | Peter M. Jones (*pro hac vice*) |
| | David L. Gann (*pro hac vice*) |
| | 3424 Peachtree Road, N.E. |
| | Monarch Centre, Suite 1650 |
| | Atlanta, Georgia 30326 |
| | Telephone: 404-504-6500 |
| | Facsimile: 404-504-6501 |
| | jherman@rgrdlaw.com; |
| | rwalsh@rgrdlaw.com; |
| | pjones@rgrdlaw.com; |
| *ADDITIONAL DEFENDANTS AND INTERVENORS LISTED ON SIGNATURE PAGES* | dgann@rgrdlaw.com |
| | Attorneys for Plaintiff |
| | U.S. Ethernet Innovations, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, <br>     Plaintiff, <br>   v. <br> Acer, Inc., et al., <br>     Defendants. <br> Intel Corporation, et al, <br>     Intervenors. | Case No. 3:10-cv-03724 MMC (LB) <br> Case No. 3:10-cv-05254 MMC <br> Case No. 3:10-cv-03481 MMC <br><br> JOINT STATUS REPORT FOLLOWING CASE MANAGEMENT CONFERENCE AND ORDER THEREON |
| AT&T Mobility, LLC, et al., <br>     Defendants. | |
| Zions Bancorporation, <br>     Plaintiff, <br>   v. <br> U.S. Ethernet Innovations, LLC, <br>     Defendant. | |

This case was recently assigned to the Hon. Maxine Chesney following the retirement of Chief Judge James Ware (Dkt. No. 641). On November 9, 2012, the parties appeared before the Court for a Case Management Conference. The Court notified the parties that a conflict was discovered concerning defendant party Apple Inc. ("Apple") and that the Court would be precluded from presiding over the case so long as Apple remained a party (Dkt. No. 655). The parties agreed to meet and confer regarding the Court's conflict with Apple and file a joint status report on November 16, 2012.

Apple and U.S. Ethernet Innovations, LLC ("USEI") are continuing to meet and confer in an effort to reach an agreement that would resolve the Court's conflict. Apple and USEI respectfully request an opportunity to continue their discussions and provide a further update to the Court on November 20, 2012. This request is unopposed by all parties. The parties agree that no further extensions should be granted past November 20, 2012.

Dated: November 16, 2012



IT IS SO ORDERED
Judge Maxine M. Chesney

| | | |
|---|---|---|
| 1 | DATED: November 16, 2012 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | By: /s/ Peter M. Jones |
| 3 | | John Herman, jherman@rgrdlaw.com<br>Counsel for Plaintiff U.S. Ethernet Innovations, LLC |
| 4 | DATED: November 16, 2012 | WILLIAMS, MORGAN & AMERSON, P.C. |
| 5 | | |
| 6 | | By: /s/ Danny Williams<br>Danny Williams, danny@wmalaw.com |
| 7 | | Counsel for Apple Inc. |
| 8 | | |
| 9 | DATED: November 16, 2012 | FISH & RICHARDSON P.C. |
| 10 | | By:  /s/ Seth M. Sproul |
| 11 | | Seth M. Sproul, sproul@fr.com<br>Counsel for Intervenor INTEL CORPORATION |
| 12 | | |
| 13 | DATED: November 16, 2012 | FREITAS, TSENG & KAUFMANN LLP |
| 14 | | By: /s/ Kevin C. Jones<br>Kevin C. Jones, jones@ftklaw.com |
| 15 | | Counsel for Acer, Inc., Acer America Corporation, and Gateway, Inc. |
| 16 | | |
| 17 | DATED: November 16, 2012 | COOLEY LLP |
| 18 | | By: /s/ Matthew J. Brigham |
| 19 | | Matthew J. Brigham, mbrigham@cooley.com<br>Counsel for ASUS Computer International and ASUSTeK Computer Inc. |
| 20 | | |
| 21 | DATED: November 16, 2012 | WINSTON & STRAWN<br>FARELLA BRAUN & MARTEL LLP |
| 22 | | |
| 23 | | By: /s/ Michael L. Brody<br>Michael L. Brody, mbrody@winston.com<br>Counsel for Dell Inc. |
| 24 | | |
| 25 | DATED: November 16, 2012 | MORRISON & FOERSTER |
| 26 | | By: /s/ Christopher F. Jeu |
| 27 | | Christopher F. Jeu, cjeu@mofo.com<br>Counsel for Fujitsu Limited and Fujitsu America, Inc. |
| 28 | DATED: November 16, 2012 | K&L GATES LLP |

2

|     |     |     |
| --- | --- | --- |
| 1   |     | By: */s/ Roderick B. Williams* |
| 2   |     | Roderick B. Williams, rick.williams@klgates.com<br>Counsel for Hewlett Packard Co. |
| 3   |     |     |
| 4   | DATED: November 16, 2012 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 5   |     | By: */s/ Lionel M. Lavenue* |
| 6   |     | Lionel M. Lavenue, lionel.lavenue@finnegan.com<br>Counsel for Sony Corp., Sony Corp. of America and Sony Electronics Inc. |
| 7   |     |     |
| 8   | DATED: November 16, 2012 | KNOBBE MARTINS OLSON & BEAR LLP |
| 9   |     | By: */s/ Brian Claassen* |
| 10  |     | Brian Claassen, brian.claassen@kmob.com<br>Counsel for Toshiba Corp., Toshiba America, Inc. and Toshiba America Information Systems, Inc. |
| 11  |     |     |
| 12  | DATED: November 16, 2012 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 13  |     | By: */s/ Ray R. Zado* |
| 14  |     | Ray R. Zado, rayzado@quinnemanuel.com<br>Counsel for Intervenor Marvell Semiconductor, Inc. |
| 15  |     |     |
| 16  | DATED: November 16, 2012 | FENWICK & WEST LLP |
| 17  |     | By: */s/ Hector J. Ribera*<br>Hector J. Ribera, hribera@fenwick.com<br>Counsel for Intervenor NVIDIA Corporation |
| 18  |     |     |
| 19  | DATED: November 16, 2012 | REED SMITH LLP |
| 20  |     | By: */s/ Jonah D. Mitchell* |
| 21  |     | Jonah D. Mitchell, jmitchell@reedsmith.com<br>Counsel for Intervenor Atheros Communications, Inc. |
| 22  |     |     |
| 23  | DATED: November 16, 2012 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 24  |     | By: */s/ Christopher R. Noyes*<br>Christopher R. Noyes,<br>Christopher.noyes@wilmerhale.com |
| 25  |     | Counsel for Intervenor Broadcom Corporation |
| 26  | **AT&T DEFENDANTS:** |     |
| 27  | DATED: November 16, 2012 | ALSTON & BIRD LLP |
| 28  |     | By: */s/ Jason W. Cook* |

3                                                              )

        Jason W. Cook, jason.cook@alston.com
Counsel for Sally Beauty Holdings, Inc., Barnes & Noble, Inc., RadioShack Corporation, New York & Company, Inc. and Lerner New York, Inc.

DATED: November 16, 2012    VINSON & ELKINS LLP

By: */s/ James D. Shead*
    James D. Shead, jshead@velaw.com
Counsel for AT&T MOBILITY, LLC

DATED: November 16, 2012    CONNOLLY BOVE LODGE & HUTZ LLP

By: */s/ Jeffrey L. Eichen*
    Jeffrey L. Eichen, jeichen@cblh.com
Counsel for The Dress Barn, Inc.

DATED: November 16, 2012    AMSTER ROTHSTEIN & EBENSTEIN LLP

By: */s/ Richard S. Mandaro*
    Anthony F. LoCicero, alocicero@arelaw.com
Counsel for Macy's, Inc., Macy's Retail Holdings, Inc., and Macy's West Stores, Inc.

DATED: November 16, 2012    BANNER & WITCOFF, LTD.

By: */s/ H. Wayne Porter*
    H. Wayne Porter, wporter@bannerwitcoff.com
Counsel for Harley-Davidson, Inc. and Harley-Davidson Motor Company, Inc.

DATED: November 16, 2012    DLA PIPER LLP (US)

By: */s/ John M. Guaragna*
    John M Guaragna, john.guaragna@dlapiper.com
Counsel for Claire's Boutiques, Inc.

DATED: November 16, 2012    BASS, BERRY & SIMS, PLC

By: */s/ Wendee Hilderbrand*
    Wendee Hilderbrand, whilderbrand@bassberry.com
Counsel for Kirkland's Inc. and Kirkland's Stores, Inc.

DATED: November 16, 2012    ANDREWS KURTH LLP

By: */s/ Tonya M. Gray*
    Tonya M. Gray, tonyagray@andrewskurth.com
Counsel for Ann Taylor Stores Corporation, Ann Taylor Retail, Inc., and J.C. Penney Company

| | | |
|---|---|---|
| 1 | DATED:  November 16, 2012 | GREENBURG TRAURIG, LLP |
| 2 | | By: */s/ Jeffrey F. Yee* |
| 3 | | Jeffrey F. Yee, yeej@gtlaw.com<br>Jeffrey K. Joyner, joynerj@gtlaw.com<br>Counsel for Rent-A-Center, Inc. |
| 4 | DATED:  November 16, 2012 | WILEY REIN LLP |
| 5 | | |
| 6 | | By: */s/ Anthony H. Son*<br>Anthony H. Son, ason@wileyrein.com |
| 7 | | Counsel for Zions Bancorporation |

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

| | | |
|---|---|---|
| | DATED:  November 16, 2012 | WILLIAMS, MORGAN & AMERSON, P.C. |
| | | By:  */s/ Danny Williams*<br>Danny Williams, danny@wmalaw.com<br>Counsel for Apple Inc. |