**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>U.S. ETHERNET INNOVATIONS, LLC, et al.,<br><br>     Defendants. | No. C 10-3481 MMC<br><br>**ORDER OF RECUSAL** |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>ACER, INC., et al.,<br><br>     Defendants.                                        / | No. C 10-3724 MMC |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>BARNES & NOBLE, et al.,<br><br>     Defendants.                                        / | No. C 10-5254 MMC |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled

action hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions and hearings are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated:  November 26, 2012

MAXINE M. CHESNEY
United States District Judge