IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ACER, INC.; ACER AMERICA CORPORATION; APPLE, INC.; ASUS COMPUTER INTERNATIONAL; ASUSTEK COMPUTER, INC.; DELL, INC.; FUJITSU, LTD.; FUJITSU AMERICA, INC.; GATEWAY, INC.; HEWLETT PACKARD CO.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>    Defendants.<br><br>INTEL CORPORATION; NVIDIA CORPORATION; MARVELL SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; and BROADCOM CORPORATION,<br><br>    Intervenors.<br>_____/ | No. C 10-3724 CW<br><br>ORDER VACATING BRIEFING AND HEARING SCHEDULE ON APPLE'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT (Docket No. 685) |

On January 17, 2013, the Court issued an order, among other things, directing the non-stayed parties to file a joint case management statement setting forth their proposed schedules for future dates in the above-captioned case and its related cases. Docket No. 680. At that time, the Court stated, "Except in emergency situations, no additional motions shall be filed until a case management schedule has been adopted." Id. at 8.

On February 5, 2013, Defendant Apple, Inc. filed a motion for leave to file a third-party complaint against Oracle America, Inc.

Docket No. 685. Apple has not argued or shown that this motion addresses an "emergency situation."

The Court has not yet adopted a case management order. Accordingly, the current briefing and hearing schedule on Apple's motion for leave is vacated and no opposition is due at this time. The Court will reset the briefing schedule in the case management order.

IT IS SO ORDERED.

Dated: 2/12/2013

CLAUDIA WILKEN
United States District Judge