1    Gail J. Standish (SBN: 166334)
gstandish@winston.com
2    Ashlea Raymond Pflug (SBN: 235176)
araymond@winston.com
3    WINSTON & STRAWN LLP
333 S. Grand Avenue
4    Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
5    Facsimile:    (213) 615-1750

6    Thomas Dunham (*pro hac* pending)
tdunham@winston.com
7    WINSTON & STRAWN LLP
1700 K Street, N.W.
8    Washington, D.C. 20006-3817
Telephone:    (202) 282-5000
9    Facsimile:    (202) 282-5100

10

11    Attorneys for Proposed Intervenor
For A Limited Purpose
    ORACLE AMERICA, INC.

12

13            **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15            **OAKLAND DIVISION**

16

17    U.S. ETHERNET INNOVATIONS, LLC,     )    **Case No. 4:10-cv-03724-CW**
                                              )
18           *Plaintiff and Counter-Defendant,*    )    [Related Cases: 5:10-cv-05254-CW and
                                              )    3:10-cv-03481 CW]
19           vs.                               )
                                              )
20    ACER, INC., *et al.,*                      )    **ORACLE AMERICA, INC.'S**
                                              )    **DISCLOSURE STATEMENT AND**
21           *Defendants and Counterclaimants,*    )    **CERTIFICATION OF INTERESTED**
                                              )    **ENTITIES OF PERSONS PURSUANT TO**
22    INTEL CORPORATION, *et al.,*           )    **FED. R. CIVIL PROCEDURE 7.1 AND**
                                              )    **CIVIL LOCAL RULE 3-16**
23           *Intervenors and Counterclaimants.*    )
                                              )
24                                               )
                                              )
25                                               )    Judge: Hon. Claudia Wilken
                                              )
26                                               )

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2    Pursuant to Federal Rule of Civil Procedure 7.1 (a), the undersigned certifies that Oracle

3    Corporation is a publicly held corporation that wholly owns, through one or more of its privately-

4    held wholly-owned subsidiaries, the Proposed Intervenor For A Limited Purpose Oracle America,

5    Inc. No other publicly held corporation owns 10% or more of the stock in Oracle America, Inc.

6    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

7    associations of persons, firms, partnerships, corporations (including parent corporations), or other

8    entities (i) have a financial interest in the subject matter in controversy or in a party to the

9    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

10    substantially affected by the outcome of this proceeding:

11       1. All shareholders of publicly held Oracle Corporation.

12       2. The members of the Board of Directors of Oracle Corporation: Larry Ellison, Jeff

13         Henley, Safra Catz, Mark Hurd, Dr. Michael J. Boskin, Jeffrey Berg, George

14         Conrades, Donald L. Lucas, Hector Garcia-Molina, H. Raymond Bingham, Naomi O.

15         Seligman, and Bruce Chizen.

16

17    Dated: March 28, 2013          WINSTON & STRAWN LLP

18

19                  By: ___Gail J. Standish Yap___

20                       Gail J. Standish
                         Counsel for Proposed Intervenor

21                       For A Limited Purpose
                         ORACLE AMERICA, INC.

22

23

24

25

26

27

28

1