| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MATTHEW J. BRIGHAM (191428)  mbrigham@cooley.com<br>KYLE D. CHEN (239501) kyle.chen@cooley.com |
| 3 | LAM K. NGUYEN (265285) lnguyen@cooley.com<br>3000 El Camino Real |
| 4 | Five Palo Alto Square, 4th Floor<br>Palo Alto, California 94306 |
| 5 | Telephone:    (650) 843-5000<br>Facsimile:    (650) 857-0663 |
| 6 | Attorneys for Defendants/Third-Party Plaintiffs |
| 7 | ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL |
| 8 | [See signature page for additional counsel] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>Acer, Inc., et al.,<br><br>           Defendants. | Case No.  4:10cv03724-CW (LB)<br><br>[Related Cases: 4:10cv05254-CW and 4:10cv03481-CW]<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO THIRD-PARTY DEFENDANT SILICON INTEGRATED SYSTEMS CORPORATION'S MOTION TO DISMISS THIRD PARTY COMPLAINT AND [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMANDED**<br><br>DATE:       JUNE 27, 2013<br>TIME:        2:00 P.M.<br>COURTROOM: COURTROOM 2, 4TH FLOOR<br>JUDGE:      HON. CLAUDIA WILKEN |
| Intel Corp., Nvidia Corp., Marvell Semiconductor, Inc., Atheros Communications, Inc. and Broadcom Corp.,<br><br>           Intervenors,<br><br>ASUSTeK Computer Inc. and ASUS Computer International,<br><br>           Third-Party Plaintiffs, | |
| Silicon Integrated Systems Corp.,<br><br>           Third-Party Defendant. | |

Based on the request of Third-Party Plaintiffs ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS"), and pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 the parties submit this stipulated request for an Order extending the time for ASUS to respond to Third-Party Defendant Silicon Integrated Systems Corporation's ("SiS") Motion To Dismiss Third Party Complaint ("Motion to Dismiss" - Dkt. 731) by thirty (30) days, through and including May 29, 2013 and for SiS to file any reply thereto by eight (8) days, through and including June 13, 2013.

Pursuant to Civil Local Rule 6-2(a), the parties declare through their signature below that:

(1) In light of the Court moving the hearing by approximately 30 days (Dkt. 734), the enlargement of time is requested to allow the parties to continue discussions about possible resolutions to the Motion to Dismiss;

(2) This is the first request for enlargement of time relating to the Motion to Dismiss; and

(3) The time modification will not have an effect on the schedule for the case. The hearing on the Motion to Dismiss is set for June 27, 2013.


| | |
|---|---|
| Dated: April 25, 2013 | Respectfully submitted, |
| | COOLEY LLP<br>MATTHEW J. BRIGHAM<br>KYLE D. CHEN<br>LAM K. NGUYEN |
| | By: /s/ Matthew Brigham |
| | Matthew J. Brigham (191428)<br>(mbrigham@cooley.com)<br>Five Palo Alto Square<br>Palo Alto, CA  94306<br>Telephone:   (650) 843-5000<br>Facsimile:    (650) 857-0663 |
| | Thomas J. Friel, Jr. (80065)<br>(tfriel@cooley.com)<br>101 California Street<br>5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:   (415) 693-2000<br>Facsimile:    (415) 693-2222 |
| | James P. Brogan, Esq. (155906)<br>(jbrogan@cooley.com)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>Telephone:   (720) 566-4000<br>Facsimile:    (720) 566-4099 |
| | Attorneys for Defendants/Third-Party Plaintiffs<br>ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL |
| Dated:  April 25, 2013 | Respectfully submitted, |
| | /s/ *Deborah E. Fishman*<br>Deborah E. Fishman (SBN 197584)<br>**DICKSTEIN SHAPIRO LLP**<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA 94304<br>Telephone:   (650) 690-9500<br>Facsimile:    (650) 690-9501<br>Email: FishmanD@dicksteinshapiro.com |
| | *Attorneys for Third-Party Defendant*<br>SILICON INTEGRATED SYSTEMS CORP. |

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Matthew J. Brigham, attest that concurrence in the filing of this STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO THIRD-PARTY DEFENDANT SILICON INTEGRATED SYSTEMS CORPORATION'S MOTION TO DISMISS THIRD PARTY COMPLAINT AND [PROPOSED] ORDER has been obtained from each of the other signatories. Executed this 25th day of April, 2013, at Palo Alto, California.

*/s/ Matthew J. Brigham*
Matthew J. Brigham

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore;

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 4/26/2013

*/s/ Claudia Wilken*
Hon. Claudia Wilken
United States District Judge

1120314 v3/HN