1    Robert A. Bleicher (Bar No. 111334)
Scott E. Atkinson (Bar No. 251996)
2    satkinson@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
3    Professional Law Corporation
216 Park Road
4    P.O. Box 513
Burlingame, California 94011-0513
5    Telephone: (650) 342-9600
Facsimile: (650) 342-7685

6

Attorneys for Third-Party Defendant
7    PARALLEL TECHNOLOGY, LLC

8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

| | |
|---|---|
| 12   U.S. ETHERNET INNOVATIONS, LLC, | Case No. C 10-03724 CW (LB) |
| 13              Plaintiff, | STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO BROADCOM'S THIRD PARTY COMPLAINT AGAINST PARALLEL TECHNOLOGY, LLC |
| 14   v. | |
| 15   ACER, INC., et al., | |
| 16              Defendants. | |
| 17   and | |
| 18   ATHEROS COMMUNICATIONS, INC., et al., | |
| 19              Intervenor, | |

1 WHEREAS Intervenor Broadcom Corporation ("Broadcom") filed a First Amended Complaint in Intervention and Third-Party Complaint Against Parallel Technology, LLC on April 18, 2013 (Docket No. 735) (the "Third Party Complaint");

WHEREAS Parallel Technology, LLC ("Parallel") was served with the Third Party Complaint on April 29, 2013;

WHEREAS Parallel recently retained Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation ("Carr") to represent it in this action, more than a week after Parallel was served;

WHEREAS Carr needs time to review the state of the voluminous docket in this matter before responding to the Third Party Complaint;

WHEREAS counsel at Carr has pre-paid travel arrangements between now and the currently scheduled deadline to respond to Broadcom's Third Party Complaint;

WHEREAS BROADCOM AND PARALLEL HEREBY STIPULATE that Parallel shall have until **May 30, 2013** to respond to Broadcom's Third Party Complaint.

WHEREAS the Court's April 18, 2013 Order requests that any motions to dismiss be noticed "to the extent possible" to be heard on June 27, 2013;

WHEREAS the Local Rules provide for a 35 day notice period on noticed motions;

THEREFORE, Broadcom and Parallel request a stipulated order changing the time to permit Parallel to have until **May 30, 2013** to respond to Broadcom's Third Party Complaint, and, in the event that Parallel files a motion in response, permitting Broadcom to have until June 13, 2013 to oppose, and permitting Parallel to have until June 20, 2013 to reply to Broadcom's opposition. Broadcom and Parallel further request that the Court, if it so wishes, waive the 35-day notice period provided by Local Rule such that it may hear any such motion on June 27, 2013.

Dated: May 13, 2013        WILMER CUTLER PICKERING HALE AND DORR

By: /s/
    Jason H. Liss
    Attorneys for Intervenor
    BROADCOM CORPORATION

Dated: May 13, 2013        CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                           Professional Law Corporation

By: /s/
    Scott E. Atkinson
    Attorneys for Third-Party Defendant
    PARALLEL TECHNOLOGY, LLC

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 13, 2013

/s/
Scott E. Atkinson

PURSUANT TO STIPULATION, IT IS SO ORDERED, except: Parallel has until May 30, 2013 to respond to Broadcom's Third Party Complaint, and, in the event that Parallel files a motion in response, Broadcom has until **June 11, 2013** to oppose, Parallel has until **June 17, 2013** to reply to Broadcom's opposition; and the motion will be hear on June 27, 2013.

Dated: May 14, 2013

United States District Court Judge

- 3 -        Stipulated Request for Order Changing Time to Respond to Third Party Complaint
             C 10-03724 CW (LB)