IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ACER, INC.; ACER AMERICA CORPORATION; APPLE, INC.; ASUS COMPUTER INTERNATIONAL; ASUSTEK COMPUTER, INC.; DELL, INC.; FUJITSU, LTD.; FUJITSU AMERICA, INC.; GATEWAY, INC.; HEWLETT PACKARD CO.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>    Defendants,<br><br>INTEL CORPORATION; NVIDIA CORPORATION; MARVELL SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; and BROADCOM CORPORATION,<br><br>    Intervenors.<br>_____/<br>AND ALL RELATED CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS<br>_____/ | No. C 10-3724 CW<br><br>ORDER GRANTING IN PART STIPULATED REQUEST TO CHANGE TIME FOR U.S. ETHERNET INNOVATIONS, LLC TO RESPOND TO BROADCOM CORPORATION'S FIRST AMENDED COMPLAINT IN INTERVENTION AND THIRD-PARTY COMPLAINT (Docket No. 763) |

    Broadcomm Corporation and U.S. Ethernet Innovations, LLC (USEI) have filed a stipulation to permit USEI until May 30, 2013 to respond to Broadcomm's First Amended Complaint in Intervention and Third-Party Complaint against USEI and Parallel Technology, LLC. Docket No. 763. They also stipulate that, if USEI files a motion to dismiss, Broadcomm will have until June 11, 2013 to

oppose and USEI will have until June 17, 2013 to reply to Broadcom's opposition.

The Court GRANTS the stipulation in part and DECLINES it in part. The deadline for USEI to respond to Broadcomm's complaint is EXTENDED until Thursday, May 23, 2013. If USEI files a motion to dismiss, the deadlines for a response and reply established by the Civil Local Rules shall apply and USEI shall notice the motion for hearing on June 27, 2013.

The Court will entertain a stipulation to change the briefing schedule for a motion to dismiss, provided that the hearing remains on June 27, 2013 and the briefing is complete by June 13, 2013.

IT IS SO ORDERED.

Dated: 5/21/2013

CLAUDIA WILKEN
United States District Judge