ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD (135628), miked@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619-231-1058 / Facsimile: 619-231-7423

JOHN K. GRANT (169813), johng@rgrdlaw.com
SHAWN A. WILLIAMS (213113), shawnw@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545 / Facsimile: 415-288-4534

JOHN C. HERMAN (*pro hac vice*), jherman@rgrdlaw.com
RYAN K. WALSH (*pro hac vice*), rwalsh@rgrdlaw.com
PETER M. JONES (*pro hac vice*), pjones@rgrdlaw.com
DAVID L. GANN (*pro hac vice*), dgann@rgrdlaw.com
JESSICA M. KATTULA (*pro hac vice*), jkattula@rgrdlaw.com
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500 / Facsimile: 404-504-6501

Attorneys for Plaintiff
U.S. Ethernet Innovations, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Acer, Inc., *et al.*, <br><br> Defendants. | Case No. 4:10-cv-03724-CW-LB <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO DEFENDANTS' AND INTERVENORS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MARKING AND NOMINAL DAMAGES** <br><br> Judge:    Hon. Claudia Wilken <br> Courtroom: 2, 4th Floor |

1   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through
2   their respective counsel, and subject to the approval of the Court, as follows:

3

4   Pursuant to the Court's Order of April 18, 2013 (Dk. No. 734), Plaintiff U.S. Ethernet
5   Innovations, LLC ("USEI") is to respond to the Defendants' and Intervenors' Motion for Partial
6   Summary Judgment on Marking and Nominal Damages ("the Summary Judgment Motion") on
7   May 30, 2013, and Defendants' and Intervenors' are to submit their reply brief on June 6, 2013.
8   The parties hereby jointly request that the Court extend each of those deadlines by ten (10) days,
9   to June 10, 2013 (for USEI's response), and to June 17, 2013 (for Defendants' and Intervenors'
10  reply).
11

12  WHEREAS, the parties are working diligently to complete discovery that USEI believes
13  is necessary to respond to the Summary Judgment Motion. Among other things, this discovery
14  includes the depositions of two fact witnesses on matters at issue in the Summary Judgment
15  Motion.
16

17  WHEREAS, due to scheduling constraints of both parties and fact witnesses, the parties
18  cannot depose those witnesses until after the current deadline for USEI's response brief.
19  Therefore, the parties seek additional time to prepare their respective briefs.
20

21  WHEREAS, the extensions requested herein will not affect any other date set by the
22  Court, including the hearing set for Thursday, June 27, 2013 regarding the Summary Judgment
23  Motion.
24

25

26

27

28  STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO DEFENDANTS' AND INTERVENORS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MARKING AND NOMINAL DAMAGES
Case No. 4:10-cv-3724-CW-LB                                                                       - 1 -

Accordingly, the parties STIPULATE AND AGREE that the date for USEI's response to the Summary Judgment Motion be extended to June 10, 2013; and the date for Defendants and Intervenors to file their response to the Summary Judgment Motion be extended to June 17, 2013.

DATED: May 28, 2013					ROBBINS GELLER RUDMAN
								 & DOWD LLP


							             /s/ Jessica M. Kattula
								JESSICA M. KATTULA


								JOHN C. HERMAN
								RYAN K. WALSH
								PETER M. JONES
								DAVID L. GANN
								JESSICA M. KATTULA
								3424 Peachtree Road, N.E.
								Monarch Centre, Suite 1650
								Atlanta, Georgia 30326
								Telephone:  404-504-6500
								Facsimile:  404-504-6501

								MICHAEL J. DOWD
								655 West Broadway, Suite 1900
								San Diego, California 92101
								Telephone:  619-231-1058
								Facsimile:  619-231-7423

								JOHN K. GRANT
								SHAWN A. WILLIAMS
								Post Montgomery Center
								One Montgomery Street, Suite 1800
								San Francisco, California 94104
								Telephone: 415-288-4545
								Facsimile: 415-288-4534

								Attorneys for U.S. Ethernet Innovations, LLC

Filer's Attestation: Pursuant to General Order N. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from all relevant parties.

Dated: May 28, 2013.

       /s/ Jessica M. Kattula
      JESSICA M. KATTULA

PURSUANT TO STIPULATION, **IT IS SO ORDERED** that the date for USEI's response to the Summary Judgment Motion is extended to June **6**, 2013; and the date for Defendants and Intervenors to file their response to the Summary Judgment Motion is extended to June **13**, 2013.

Dated: 5/30/2013

      Hon. Claudia Wilken, United States Chief District Court Judge

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO DEFENDANTS' AND INTERVENORS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MARKING AND NOMINAL DAMAGES
Case No. 4:10-cv-3724-CW-LB

- 3 -