IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ACER, INC.; ACER AMERICA CORPORATION; APPLE, INC.; ASUS COMPUTER INTERNATIONAL; ASUSTEK COMPUTER, INC.; DELL, INC.; FUJITSU, LTD.; FUJITSU AMERICA, INC.; GATEWAY, INC.; HEWLETT PACKARD CO.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>    Defendants,<br><br>INTEL CORPORATION; NVIDIA CORPORATION; MARVELL SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; and BROADCOM CORPORATION,<br><br>    Intervenors.<br>_____/<br>AND ALL RELATED CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS<br>_____/ | No. C 10-3724 CW<br><br>ORDER CHANGING TIME ON PLAINTIFF'S RULE 56(D) MOTION |

    On June 6, 2013, Plaintiff U.S. Ethernet Innovations, LLC filed a motion pursuant to Federal Rule of Civil Procedure 56(d), requesting that the Court defer consideration of the motion for partial summary judgment filed by Defendants and Intervenors.

    The Court sets the following schedule for Plaintiff's motion. Defendants and Intervenors' opposition is due by Thursday, June 20, 2013. Plaintiff's reply is due by 9:00 a.m. on Monday, June

24, 2013. Plaintiff's motion shall be heard on Thursday, June 27, 2013, concurrently with the motion hearings and case management conferences previously set for that date in this and the related cases.

IT IS SO ORDERED.

Dated: 6/10/2013

CLAUDIA WILKEN
United States District Judge