Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

U.S. Ethernet Innovations, LLC )
)
Plaintiff(s), )
)
v. )
Acer, Inc., et al )
)
Defendant(s). )
)

Case No: 4:10-cv-03724

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew R. Rodgers, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Elizabeth Day, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 10333 Richmond, Suite 1100 Houston, Texas 77042 | 1600 El Camino Real, Ste 280 Menlo Park, CA 94025 |
| MY TELEPHONE # OF RECORD: (713) 934-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 618-4363 |
| MY EMAIL ADDRESS OF RECORD: mrodgers@wmalaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: eday@feinday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24041802.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/12/13

Matthew R. Rodgers
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew R. Rodgers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/19/2013

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE