Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

U.S. Ethernet Innovations, LLC )
    Plaintiff(s), ) Case No: 4:10-cv-03724
    ) 
    v. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
Acer, Inc., et al ) (CIVIL LOCAL RULE 11-3)
    Defendant(s). )

I, Chris N. Cravey, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Elizabeth Day, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 10333 Richmond, Suite 1100<br>Houston, Texas 77042 | 1600 El Camino Real, Ste 280<br>Menlo Park, CA 94025 |
| MY TELEPHONE # OF RECORD:<br>(713) 934-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 618-4363 |
| MY EMAIL ADDRESS OF RECORD:<br>ccravey@wmalaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>eday@feinday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24034398.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/12/13

Chris N. Cravey
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Chris N. Cravey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/19/2013

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE