IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ACER, INC.; ACER AMERICA CORPORATION; APPLE, INC.; ASUS COMPUTER INTERNATIONAL; ASUSTEK COMPUTER, INC.; DELL, INC.; FUJITSU, LTD.; FUJITSU AMERICA, INC.; GATEWAY, INC.; HEWLETT PACKARD CO.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>    Defendants,<br><br>INTEL CORPORATION; NVIDIA CORPORATION; MARVELL SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; and BROADCOM CORPORATION,<br><br>    Intervenors.<br>_____/<br>AND ALL RELATED CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS<br>_____/ | No. C 10-3724 CW<br><br>ORDER DIRECTING THE PARTIES TO PROVIDE CERTAIN MATERIAL TO THE TECHNICAL ADVISOR |

    Within three days of the date of this Order, the parties shall provide the Technical Advisor, Mr. Kwan Chan, with unredacted copies of the supporting materials that they have submitted to the Court in connection with the nominal damages portion of the pending motion for partial summary judgment (Docket No. 766), as well as the related Rule 56(d) motion (Docket No. 793) and motion for leave (Docket No. 823). The parties need only

provide him with copies of the material that is not presently available through PACER and ECF, specifically that which is the subject of a motion to seal.  The parties shall provide him with electronic and paper copies of this material.

    The parties may contact Mr. Chan by email at kwan.patentlaw@gmail.com to make arrangements to provide him with this material.

    IT IS SO ORDERED.

Dated: 7/9/2013

CLAUDIA WILKEN
United States District Judge