UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| U.S. Ethernet Innovations LLC,<br><br>    Plaintiff,<br><br> v.<br><br>Acer, Inc.; Acer America Corporation; Apple, Inc.; ASUS Computer International; ASUSTeK Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu America, Inc.; Gateway, Inc.; Hewlett Packard Co.; HP Development Company LLC; Sony Corporation; Sony Corporation of America; Sony Electronics Inc.; Toshiba Corporation; Toshiba America, Inc.; and Toshiba America Information Systems, Inc.,<br><br>    Defendants.<br><br>Intel Corp., Nvidia Corp., Marvell Semiconductor, Inc., Atheros Communications, Inc. and Broadcom Corp.,<br><br>    Intervenors,<br><br>ASUSTeK Computer Inc. and ASUS Computer International,<br><br>    Third-Party Plaintiffs,<br><br> v.<br><br>Silicon Integrated Systems Corp.,<br><br>Third-Party Defendants. | Case No.  4:10-cv-03724-CW<br><br>**REQUEST FOR JUDICIAL ASSISTANCE LETTER ROGATORY** |

## **LETTER ROGATORY**

**TO THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN:**

1    The United States District Court for the Northern District of California in Oakland,
2 California, U.S.A. presents its compliments to the appropriate judicial authority of the Kaohsiung
3 Branch Office, and requests, international judicial assistance to effect service of process of
4 ASUSTEK Computer Inc.'s and ASUS Computer International's First Amended Third-Party
5 Complaint against Silicon Integrated Systems Corp., and execution of summons to be used in a
6 civil proceeding before this court in the above-captioned matter.  The complaint and summons are
7 to be served upon Silicon Integrated Systems, Corp., No. 180, Sec. 2, Gongdao 5th Road, Hsinchu
8 City 30070, Taiwan.  The United States District Court for the Northern District of California
9 further offers reciprocal assistance to the Appropriate Judicial Authority of Taiwan if and when
10 presented with letters rogatory pursuant to applicable U.S. law and regulations.

11    ASUSTeK Computer Inc. and ASUS Computer International have filed the First
12 Amended Third-Party Complaint against Silicon Integrated Systems Corp. pursuant to FED. R.
13 CIV. P. 14 for breach of warranties and obligations to indemnify, defend, and hold harmless for
14 any and all claims by U.S. Ethernet Innovations, LLC of infringement of U.S. Patent No.
15 5,307,459 (the "'459 patent"), U.S. Patent No. 5,434,872 (the "'872 patent"), U.S. Patent No.
16 5,732,094 (the "'094 patent"), and U.S. Patent No. 5,299,313 (the "'313 patent") (collectively,
17 "the USEI Asserted Patents").  The law governing the matter before this Court is the United
18 States patent statute, 35 U.S.C. § 1 et seq. and necessary related claims pursuant to 28 U.S.C. §
19 1367.

20    ASUSTeK Computer Inc. and ASUS Computer International will reimburse the
21 Appropriate Judicial Authority of Taiwan for costs incurred in executing this letter rogatory
22 within a reasonable time from receipt of an invoice from the Appropriate Judicial Authority of
23 Taiwan.  Please direct all invoices to counsel for ASUSTeK Computer Inc. and ASUS Computer
24 International:

1  Matt Brigham
   Cooley LLP
2  mbrigham@cooley.com
   5 Palo Alto Square, 4th Floor
3  3000 El Camino Real
   Palo Alto, California 94306
4  T: 650.843.5677
   F: 650.849.7400
5
           This Letter Rogatory is signed and sealed by Order of the Court made on
6
   Dated:  8/30/2013
7
           Oakland, California
8
                                                    _____
9                                                   Claudia Wilken
                                                    United States Chief District Judge
10  396713 v1/CO