**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | ) |
| Plaintiff, | ) Case No. C 10-03724 CW (LB) |
| v. | ) [PROPOSED] ORDER |
| ACER, INC., *et al.*, | ) Judge: Hon. Claudia Wilken |
| Defendants, | ) |
| and | ) |
| ATHEROS COMMUNICATIONS, INC., *et al.*, | ) |
| Intervenors. | ) |

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of Plaintiff U.S. Ethernet Innovations, LLC ("USEI") and Intervenor Broadcom Corporation ("Broadcom"), it is hereby ORDERED that all claims, counterclaims, and affirmative defenses asserted by USEI and Broadcom against each other are dismissed with prejudice.  USEI and Broadcom shall bear their own costs and fees.

Dated:  12/9/2013

Honorable Claudia Wilken
Chief District Judge