UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>    Plaintiff,<br>  v.<br>Acer, Inc., et al.,<br>    Defendants,<br>  and<br>Atheros Communications, Inc., et al.,<br>    Intervenors.<br><br>AND RELATED THIRD PARTY COMPLAINTS<br><br>AT&T Mobility, LLC, et al.,<br>    Defendants | Case No.: 4:10-cv-03724 CW (LB)<br><br>[PROPOSED] ORDER DISMISSING CLAIMS BETWEEN USEI AND NVIDIA<br><br>Judge:      Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of Plaintiff U.S. Ethernet Innovations, LLC ("USEI") and Intervenor Nvidia Corporation ("Nvidia"), it is hereby ORDERED that all claims, counterclaims, and affirmative defenses asserted by USEI and Nvidia against each other are dismissed with prejudice, except that Nvidia's claims, counterclaims and defenses asserting invalidity or unenforceability are dismissed without prejudice.  This dismissal encompasses all claims by USEI against Nvidia customers who are Defendants in this action, but only to the extent of USEI's claims based on use of Nvidia products, including, for the avoidance of doubt, Acer, Inc., ACER America Corporation, Apple Inc., Asus Computer International, ASUSteK Computer Inc., Dell Inc., Fujitsu Ltd., Fujitsu America, Inc., Gateway, Inc., Hewlett Packard Co., Lenovo (United States) Inc., Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc., to the extent such claims are based upon their use, sale, offer of sale, or importation of Nvidia products.  USEI and Nvidia shall bear their own fees and costs.

Dated: 1/6/2014

Honorable Claudia Wilken
Chief District Judge