1  Seth M. Sproul, SBN 217711, sproul@fr.com
   Francis J. Albert, SBN 247741, albert@fr.com
2  Fish & Richardson P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Phone: 858-678-5070 / Fax: 858-678-5099
4
   Ruffin B. Cordell, *pro hac vice,* cordell@fr.com
5  Lauren A. Degnan, *pro hac vice,* degnan@fr.com
   Fish & Richardson P.C.
6  1425 K Street, N.W., 11th floor
   Washington, DC 2005-3500
7  Phone: 202-783-5070 / Fax: 202-783-2331

8  Thad C. Kodish, *pro hac vice,* tkodish@fr.com
   Aamir A. Kazi, *pro hac vice*, kazi@fr.com
9  Fish & Richardson P.C.
   1180 Peachtree Street, N.E., Suite 2100
10 Atlanta, GA 30309
   Phone: 404-892-5005 / Fax: 404-892-5002
11
   Garland T. Stephens, garland.stephens@weil.com
12 Weil, Gotshal & Manges LLP
   700 Louisiana, Suite 1600
13 Houston, TX 77002
   Phone: 713-546-5000 / Fax: 713-224-9511
14
   Attorneys for Intervenor Intel Corporation

15                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
16                            OAKLAND DIVISION
17

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Acer, Inc., et al.,<br><br>　　　　Defendants,<br><br><br>Atheros Communications, Inc., et al.,<br><br>　　　　Intervenors. | Case No. 4:10-cv-03724 CW (LB)<br><br>INTERVENOR INTEL CORPORATION'S L.R. 7-11 ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>Date:　　　February 20, 2013<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. Claudia Wilken<br>Courtroom:  2, 4th floor |

Intel Corporation's L.R. 7-11 Administrative Motion　　1　　Case No. 4:10-cv-03724 CW (LB)
to File Certain Documents Under Seal

1  Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's General Order No. 62,
2 Intervenor Intel Corporation ("Intel") hereby submits this Motion for Administrative Relief for
3 permission to file supporting documents and declarations under seal.

4  Intel makes this motion mindful of the Court's direction in its May 17 Order that
5 documents should not be filed under seal absent compelling reasons.

6  Intel requests permission to file each of the following documents under seal, for the
7 reasons specified below:

8 • Pursuant to L.R. 79-5(d), Intel seeks leave to file Exhibit 2 of the Declaration of
9 Garland Stephens in Support of Amended Motion to Enjoin Plaintiff from Pursuing Duplicative
10 Claims in the Eastern District of Texas under seal. Exhibit 2 is a true and correct copy of selected
11 excerpts of the transcript of the deposition of Plaintiff USEI taken on April 16, 2013, and has been
12 designated by USEI as "HIGHLY CONFIDENTIAL – PURSUANT TO PROTECTIVE
13 ORDER."

14 • The remaining exhibits to the Stephens Declaration are not confidential.

15 • Pursuant to L.R. 79-5(d), Intel also seeks leave to file limited portions of the
16 Amended Motion to Enjoin Plaintiff from Pursuing Duplicative Claims in the Eastern District of
17 Texas under seal. The portions in question discuss and quote Exhibit 2 of the Declaration of
18 Garland Stephens in Support of Amended Motion to Enjoin Plaintiff from Pursuing Duplicative
19 Claims in the Eastern District Of Texas, discussed above, that has been designated by USEI as
20 "HIGHLY CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER."

21  Where designated as confidential and filed under seal, the exhibits and information
22 contained within the declarations have been marked as "CONFIDENTIAL" or "HIGHLY
23 CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in
24 this case.

25  For the foregoing reasons, Intel respectfully requests that the Court grant this narrowly
26 tailored request to file the above documents under seal.

27
28

1  Dated: January 10, 2014  WEIL, GOTSHAL & MANGES LLP

2  By: *s/ Garland T. Stephens*
Garland T. Stephens, garland.stephens@weil.com

3

4  Counsel for Intervenor INTEL CORPORATION