Seth M. Sproul, SBN 217711, sproul@fr.com
Francis J. Albert, SBN 247741, albert@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, *pro hac vice,* cordell@fr.com
Lauren A. Degnan, *pro hac vice,* degnan@fr.com
Fish & Richardson P.C.
1425 K Street, N.W., 11th floor
Washington, DC 2005-3500
Phone: 202-783-5070 / Fax: 202-783-2331

Thad C. Kodish, *pro hac vice,* tkodish@fr.com
Aamir A. Kazi, *pro hac vice*, kazi@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

Garland T. Stephens, garland.stephens@weil.com
Carmen E. Bremer, *pro hac vice*, carmen.bremer@weil.com
Justin L. Constant, *pro hac vice,* justin.constant@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Phone: 713-546-5000 / Fax: 713-224-9511

Attorneys for Intervenor Intel Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>　　　　Plaintiff,<br>　　v.<br>Acer, Inc., et al.,<br>　　　　Defendants,<br><br>Atheros Communications, Inc., et al.,<br>　　　　Intervenors. | Case No. 4:10-cv-03724 CW (LB)<br><br>DECLARATION OF GARLAND T. STEPHENS IN SUPPORT OF INTERVENOR INTEL CORPORATION'S L.R. 7-11 ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>Judge:　　Hon. Claudia Wilken<br>Courtroom:　2, 4th floor |

1  I, Garland T. Stephens, declare as follows:

2  I am a member of the law firm of Weil, Gotshal & Manges LLP, counsel of record for Intel
3  Corporation in this action. I have personal knowledge of the facts set forth herein, and if called as
4  a witness I could and would testify competently thereto.

5  Intel requests permission to file each of the following documents under seal, for the
6  reasons specified below:

7  • Pursuant to L.R. 79-5(d), Intel seeks leave to file Exhibit 2 of the Declaration of
8  Garland T. Stephens in Support of Amended Motion to Enjoin Plaintiff from Pursuing Duplicative
9  Claims in the Eastern District of Texas under seal. Exhibit 2 is a true and correct copy of selected
10 excerpts of the transcript of the deposition of Plaintiff USEI taken on April 16, 2013, and has been
11 designated by USEI as "HIGHLY CONFIDENTIAL – PURSUANT TO PROTECTIVE
12 ORDER."

13 • The remaining exhibits to the Stephens Declaration are not confidential.

14 • Pursuant to L.R. 79-5(d), Intel also seeks leave to file limited portions of the
15 Amended Motion to Enjoin Plaintiff from Pursuing Duplicative Claims in the Eastern District of
16 Texas under seal. The portions in question discuss and quote Exhibit 2 of the Declaration of
17 Garland T. Stephens in Support of Amended Motion to Enjoin Plaintiff from Pursuing Duplicative
18 Claims in the Eastern District of Texas, discussed above, that has been designated by USEI as
19 "HIGHLY CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER."

20 I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct. Executed in Houston, TX on January 10, 2014.

22
23  */s/ Garland T. Stephens*
    Garland T. Stephens
24
25
26
27
28