Garland T. Stephens, garland.stephens@weil.com
Justin L. Constant, *pro hac vice*, justin.constant@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Phone: 713-546-5000 / Fax: 713-224-9511

Jared Bobrow, SBN 133712, jared.bobrow@weil.com
Sonal N. Mehta, SBN 222086, sonal.mehta@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: 650-802-3000 / Fax: 650-802-3100

Brian E. Ferguson, brian.ferguson@weil.com
Weil, Gotshal & Manges, LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
Phone:  202-682-7077

Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Thad C. Kodish, *pro hac vice,* tkodish@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

Attorneys for Intervenor Intel Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br>Acer, Inc., et al.,<br>　　　　　Defendants.<br>　　and<br>Atheros Communications, Inc., et al.,<br>　　　　　Intervenors. | Case No. 4:10-cv-03724 CW (LB)<br><br>DECLARATION OF SETH M. SPROUL PURSUANT TO CIVIL L.R. 79-5(d) RE U.S. ETHERNET INNOVATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF RYAN K. WALSH FILED WITH ITS CORRECTED SUPPLEMENTAL NOTICE IN CONNECTION WITH JOINT DISCOVERY LETTER REGARDING INTEL'S MOTION TO ENFORCE THE STIPULATED PROTECTIVE ORDER<br><br>Judge:　　　Hon. Claudia Wilken<br>Courtroom:　2, 4th floor |

Case No. 4:10-cv-03724 CW (LB)

I, Seth M. Sproul, declare as follows:

1. I am a principal in the law firm of Fish & Richardson P.C., and counsel of record for Intervenor Intel Corporation ("Intel"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. This declaration is being filed pursuant to Civil Local Rule 79-5(d) and is responsive to Plaintiff U.S. Ethernet Innovations ("USEI") Administrative Motion to File Under Seal Exhibit A to the Declaration of Ryan K. Walsh filed with its Corrected Supplemental Notice in Connection with Joint Discovery Letter regarding Intel's Motion to Enforce the Stipulated Protective Order (D.I. 998). Intel is the designating party for the confidential information contained in Exhibit A ("New Exhibit A") which was lodged under seal pursuant to said motion. This exhibit was attached to the Declaration of Ryan K. Walsh filed with its Corrected Supplemental Notice in Connection with Joint Discovery Letter regarding Intel's Motion to Enforce the Stipulated Protective Order (D.I. 998-1) ("Walsh Declaration").

3. USEI identified the documents at the heart of the current dispute on December 17, 2013. However, USEI did not identify New Exhibit A to the Walsh Declaration until two months later, on Tuesday, February 18, 2014. Although the document should not be a part of the record, it contains highly confidential information subject to the Protective Order in this case, and should be maintained as confidential.

4. Pursuant to Civil Local Rule 79-5(d), New Exhibit A to the Walsh Declaration contains designated information that is sealable. New Exhibit A to the Walsh Declaration is an internal email from Intel engineer Yosi Mazor from 1992 discussing the confidential development of Intel's D10 Ethernet controller. This email contains non-public information for Intel's D10 Ethernet controller design, which was never released to the public, and analysis related to competitor products at that time. The material in New Exhibit A is not available to the public and Intel maintains it as confidential. Public release could result in a competitive disadvantage to Intel because it would allow competitors insight into Intel's confidential design, testing, and production practices and techniques. The policy behind the public right of access to court materials does not

1 generally extend to discovery materials that are used in conjunction with a non-dispositive motion,
2 such as the dispute here.
3     I declare under penalty of perjury that the foregoing is true and correct, pursuant to
4 28 U.S.C. § 1746. Executed in San Diego, California on the 24 day of February, 2014.

                    */s/ Seth M. Sproul*
                    Seth M. Sproul

11324862.docx