UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS LLC,<br><br>                Plaintiff,<br>    v.<br>ACER INC, *et al.*,<br><br>                Defendants.<br>_____/ | No. C 10-03724 CW (LB)<br><br>**ORDER RE: INTEL AND USEI'S FEBRUARY 24 AND 25 SEPARATE DISCOVERY LETTERS**<br><br>[Re: ECF Nos. 1005, 1011] |

On February 24, 2014, Intel filed a unilateral discovery dispute letter regarding the sufficiency of USEI's privilege log and sought to file portions of that letter and the underlying documents under seal. *See* Admin. Motion to File Under Seal, ECF No. 1005; 2/24/2014 Discovery Letter, ECF No. 1005-4. USEI responded in another discovery letter brief filed on February 25, 2014. 2/25/2014 Discovery Letter, ECF No. 1011.

The parties filed separate discovery letters, which is not permitted under expedited procedures for discovery disputes in the undersigned's standing order. *See* ECF No. 484-1 at 2. In addition, the discovery letters indicate that the parties may already have resolved some of their disputes. *See* 2/24/2014 Discovery Letter at n.2; 2/25/2014 Discover Letter at 2. To the extent the parties still require judicial intervention to resolve any of the issues raised, counsel must meet and confer in person to attempt to resolve them. Should they be unable to do so, they should file a joint letter brief. The court will construe whatever remains of the dispute as having been raised more than

seven days before the close of discovery so the parties do not need to worry about whether they timely raised the issue.  They have.  It is better to take the time to do it properly.  USEI also should respond to Intel's administrative motion to file under seal.  The court will address what it can at the hearing next Thursday and set any further dates then.

**IT IS SO ORDERED.**

Dated: February 26, 2014

LAUREL BEELER
United States Magistrate Judge