ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:  650.618.4360
Facsimile:   650.618.4368

DANNY L. WILLIAMS
MATTHEW R. RODGERS
dwilliams@wmalaw.com
mrodgers@wmalaw.com
**WILLIAMS MORGAN, P.C.**
10333 Richmond Ave, Suite 1100
Houston, Texas 77042
Phone: 713-934-7000
Facsimile: 713-934-7011

Attorneys for Defendant
APPLE INC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Acer, Inc., et al.,<br><br>　　　　Defendants,<br><br>Atheros Communications, Inc., et al.,<br><br>　　　　Intervenors.<br>_____<br>ASUSTeK Computer Inc., et al.,<br><br>　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>Silicon Integrated Systems Corp.,<br><br>　　　　Third-Party Defendant.<br>_____<br><br>Broadcom Corporation, | Case No. 4:10-cv-03724 CW (LB)<br>Case No. 4:10-cv-05254 CW (LB)<br>~~Case No. 4:10-cv-02262 CW (LB)~~<br><br>**[PROPOSED]** **ORDER GRANTING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND MOTION HEARING TELEPHONICALLY PURSUANT TO LOCAL RULE 16-10**<br><br>Date:　　　　February 27, 2014<br>Time:　　　　2:00 p.m.<br>Judge:　　　Hon. Claudia Wilken<br>Courtroom: 2, 4th floor |

Order Re Request to Participate in Case Management     Case No. 4:10-cv-03724 CW (LB)
Conference and Motion Hearing Telephonically           Case No. 4:10-cv-05254 CW (LB)
                                                      ~~Case No. 4:10-cv-02262 CW (LB)~~

|   |   |
|---|---|
| 1 | Third-Party Plaintiff, |
| 2 | v. |
|   | Parallel Technology, LLC, |
| 3 | Third-Party Defendant. |
| 4 | Apple Inc., |
| 5 | Third-Party Plaintiff, |
|   | v. |
| 6 | Oracle America, Inc. |
| 7 | Third-Party Defendant. |
|   | U.S. Ethernet Innovations, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
|   | AT&T Mobility, LLC, et al., |
| 10 |   |
|   | Defendants. |
| 11 |   |
|   | U.S. Ethernet Innovations, LLC, |
| 12 | Plaintiff, |
| 13 | v. |
|   | NETGEAR, Inc., |
| 14 | Defendant. |
| 15 |   |

Order Re Request to Participate in Case Management                   Case No. 4:10-cv-03724 CW (LB)
Conference and Motion Hearing Telephonically                              Case No. 4:10-cv-05254 CW (LB)
                                                                                                        ~~Case No. 4:10-cv-02262 CW (LB)~~

1    IT IS HEREBY ORDERED THAT Apple Inc.'s request for leave permitting its counsel to
2  telephonically participate in the case management conference and motion hearing scheduled
3  before this court on February 27, 2014 at 2:00 P.M. in Courtroom 2, 4th floor, 1301 Clay Street,
4  Oakland, CA 94612, is GRANTED.
5    IT IS SO ORDERED.
6  Dated: February 27, 2014

8  By: _____
   Honorable Judge Claudia Wilken
9  United States District Judge

28 | Order Re Request to Participate in Case Management | Case No. 4:10-cv-03724 CW (LB)
   | Conference and Motion Hearing Telephonically | Case No. 4:10-cv-05254 CW (LB)
   | | ~~Case No. 4:10-cv-02262 CW (LB)~~