**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>ACER, INC., et al.,<br><br>    Defendants.<br>_____/ | NO. C 10-03724 CW<br><br>**MINUTE ORDER**<br>Date: February 27, 2014<br><br>Time: 1 hour and 19 minutes |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-05254 CW |

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:** Raynee Mercado

**Attorney Appearances:**
John Herman; Shawn Williams; Lam Nguyen; Scott Breedlove; Brian Claassen; Ray Zado; James Morando; Lionel Lavenue; Elizabeth Day; Karl Kramer; Timothy Walker; Jonah Mitchell; Jennifer Trusso; Douglas McClellan; Seth Sproul; Garland Stephens; Fatima Alloa; Matthew Rodgers appearing via CourtCall; David Jakopin

**Motions:**

| | | |
|---|---|---|
| Intervenor and Defendant | Motions to Limit the Number of Asserted Claims | Granted |
| Intervenor/Non-Party (10-3724) | Motion to Enjoin | Under Submission |
| Intervenor (10-5254) | Motion to Strike | Under Submission |

**Case Management Conference - HELD**

Notes:    Motions are argued and submitted by the parties.

Written order to follow.

Copies to: Chambers