UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS LLC,<br><br>             Plaintiff,<br>   v.<br>ACER INC, *et al.*,<br><br>             Defendants.<br>_____/ | No. C 10-03724 CW (LB)<br><br>**ORDER RE CLAWBACK OF DOCUMENTS** |

On March 7, 2014, the court allowed USEI to disclose 16 Intel documents in the Texas case. *See* 3/7/14 Order, ECF No. 1042. At the discovery hearing on March 31, 2014, Intel said that USEI had disclosed documents beyond the 16 that the court ordered. USEI responded that it did not know what Intel was talking about.

The court directed the parties to confer about the issue. USEI agreed that if it did produce documents beyond the 16 documents that the court allowed, that USEI will claw them back. The court orders USEI to do so.

**IT IS SO ORDERED.**

Dated: March 31, 2014

                                                        LAUREL BEELER
                                                        United States Magistrate Judge