| | |
|---|---|
| Craig S. Summers (Bar No. 108688)<br>craig.summers@kmob.com<br>Irfan A. Lateef (Bar No. 204004)<br>irfan.lateef@kmob.com<br>Marko R. Zoretic (Bar No. 233952)<br>marko.zoretic@kmob.com<br>Brian C. Claassen (Bar No. 253627)<br>brian.claassen@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA  92614<br>Phone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>Attorneys for Defendant, TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA INC. | John C. Herman (*pro hac vice*)<br>Ryan K. Walsh (*pro hac vice*)<br>Peter M. Jones (*pro hac vice*)<br>D. Sean Nation (*pro hac vice*)<br>3424 Peachtree Road, N.E.<br>Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326<br>Tel. (404) 504-6500<br>Fax (404) 504-6501<br>ROBBINS GELLER RUDMAN & DOWD LLP<br><br>Attorneys for Plaintiff   U.S. ETHERNET INNOVATIONS, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER, INC., ET AL.,<br><br>    Defendants. | ) Civil Action Nos.<br>) 4:10cv03724 CW<br>)<br>) JURY DEMAND<br>)<br>) ORDER GRANTING STIPULATED<br>) DISMISSAL<br>)<br>)<br>) |
| INTEL CORP., NVIDIA CORP., MARVELL SEMICONDUCTOR, INC., ATHEROS COMMUNICATIONS, INC. AND BROADCOM CORP.,<br>    Intervenors. | )<br>)<br>)<br>)<br>) |
| ASUSTeK COMPUTER INC., AND ASUS COMPUTER INTERNATIONAL,<br><br>    Third-Party Plaintiff | )<br>)<br>)<br>) |
| SILICON INTEGRATED SYSTEMS CORP.,<br>    Third-Party Defendant | )<br>) |
| AND RELATED COUNTER AND CROSS CLAIMS | )<br>) |

[PROPOSED] ORDER                                                                CASE NO.: 4:10CV03724 CW

# ORDER

The Court having considered the Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby orders that all Claims, Counterclaims, and affirmative defenses asserted by and between USEI and Toshiba America, Inc. are dismissed with prejudice.  USEI and Toshiba America, Inc. shall bear their own costs and fees.

Dated: 4/15/2014

Honorable Claudia Wilken
Chief District Judge

[PROPOSED] ORDER  -1-   CASE NO.: 4:10CV03724 CW