IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER, INC., et al.,<br><br>    Defendants,<br><br>ATHEROS COMMUNICATIONS, INC., et al.,<br><br>    Intervenors.<br>_____/ | No. C 10-3724 CW<br><br>ORDER DENYING ADMINISTRATIVE MOTIONS TO SEAL (Docket Nos. 933, 935) |

The Court considers two administrative motions to file documents under seal. Intel filed two motions seeking to seal references to U.S. Ethernet Innovations, LLC's (USEI) Responses to Interrogatories because they had been designated as "HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY." See Docket Nos. 933, 935. As the designating party, USEI must file a supporting declaration within four days. Civ. L.R. 79-5(e). USEI did not do so with respect to either motion. Further, as the Responses to Interrogatories contain a substantial amount of non-sealable information, the requests to seal are not narrowly tailored. Accordingly, the motions to seal are DENIED.

   IT IS SO ORDERED.

Dated: 6/4/2014

CLAUDIA WILKEN
United States District Judge