**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. ETHERNET INNOVATIONS, LLC,                    No. C 10-3724 CW

      Plaintiff,                          ORDER VACATING
                                                   SUMMARY ORDER
  v.                                               (Docket No. 1110)

ACER, INC., et al.,

      Defendants,

ATHEROS COMMUNICATIONS, INC., et al.,

      Intervenors.

_____/

U.S. ETHERNET INNOVATIONS, LLC,                    No. C 10-5254 CW

      Plaintiff,                          ORDER VACATING
                                                   SUMMARY ORDER
  v.                                               (Docket No. 512)

AT&T MOBILITY, LLC, et al.,

      Defendants,

_____/

    The May 20, 2014 order summarizing rulings made at the

February 27, 2014 CMC was filed in error and is hereby vacated.

The parties are directed to follow the rulings made by the Court

during the hearing.

    IT IS SO ORDERED.


Dated:  6/4/2014

_____
CLAUDIA WILKEN
United States District Judge