IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER, INC., et al.,<br><br>    Defendants.<br><br>ATHEROS COMMUNICATIONS, INC., et al.,<br><br>    Intervenors.<br>_____/ | No. C 10-3724 CW |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>    Defendants,<br>_____/ | No. C 10-5254 CW<br><br>ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE |

In this consolidated patent infringement case, after Plaintiff U.S. Ethernet Innovations, LLC (USEI) filed its twenty-five page summary judgment brief, Defendants and Intervenors (collectively, Defendants) moved to increase the page limit for their joint cross motion and opposition to one hundred pages. The Court granted Defendants' administrative motion in part, allowing seventy-five pages for Defendants' cross motion and opposition, seventy-five pages for USEI's reply and opposition to cross motions, and twenty-five pages for Defendants' reply.

USEI now files an opposition to the administrative motion, arguing that Defendants unfairly waited until the last minute to seek a sizeable page limit extension. USEI complains it will not be able to respond to the large number of substantive issues raised by Defendants. Further, USEI argues the timing of the extension is prejudicial because it would have preferred to raise a larger number of affirmative issues in its brief, but limited itself to comply with the Court's default twenty-five page limit.

USEI and Defendants are directed to meet and confer regarding the briefing and hearing of these motions. Any stipulation should be filed no later than Wednesday, July 9, 2014, at 5:00 p.m. If the parties cannot agree, then they should submit their respective proposals by the same date. Proposals should be reasonable; ones requesting excessive page limits or lengthy delays in the schedule will be disfavored.

IT IS SO ORDERED.

Dated: July 3, 2014

CLAUDIA WILKEN
United States District Judge