IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. ETHERNET INNOVATIONS, LLC,

    Plaintiff,

  v.

ACER, Inc., et al.,

    Defendants.

_____/

No. C 10-3724 CW

ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND DENYING PLAINTIFF'S MOTION TO STRUCTURE CASE FOR TRIAL (Docket Nos. 1252 & 1254)

I. Defendants' Motion for Leave to File a Motion for Reconsideration

Defendants Fujitsu America, Inc., Fujitsu Limited, Acer, Inc., Acer America Corporation, and Gateway Inc. move for leave to file a motion for reconsideration of the Court's December 7, 2012 order denying their request to sever and stay the claims against them.[1] Civil Local Rule 7-9(a) provides, "No party may

---

[1] Defendants filed an administrative motion to file under seal certain exhibits to the declaration of Daniel Hubin filed in support of the motion for leave to file a motion for reconsideration. The motion to file under seal was based on Plaintiff's designation of the exhibits as "Highly Confidential-- Attorney's Eyes Only." Plaintiff has not filed a supporting declaration as required by Civil Local Rule 79-5(e)(1). Accordingly, the administrative motion to file under seal is DENIED (Docket No. 1251). Defendants shall file the exhibits in the public record no earlier than four days and no later than ten days after the date of this order. See Civil L.R. 79-5(e)(2).

notice a motion for reconsideration without first obtaining leave of Court to file the motion." A request for leave to file a motion for reconsideration may only be granted if the moving party shows: (1) that "at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought"; (2) "the emergence of new material facts or change of law occurring after the time of such order"; or (3) "a manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." Civil L.R. 7-9(b).

Having considered Defendants' motion for leave and Plaintiff's motion to structure case for trial filed in response to Defendants' motion for leave, the Court finds that Defendants have failed to demonstrate a material difference in fact sufficient to warrant leave to file a motion for reconsideration. Defendants' motion is DENIED.

II. Motion to Structure Case for Trial

Plaintiff U.S. Ethernet Innovations, LLC (USEI) has filed a motion to structure case for trial asserting its belief that it is not necessary to have separate trials for the chipmaker Intervenors and the computer maker Defendants. The Court finds that this motion is premature in light of the pending cross-motions for summary judgment. Accordingly, the Court DENIES Plaintiff's motion without prejudice.

2

CONCLUSION

For the reasons set forth above, this Court DENIES Defendants' motion for leave to file a motion for reconsideration (Docket No. 1252) and DENIES without prejudice Plaintiff's motion to structure case for trial (Docket No. 1254).

IT IS SO ORDERED.

Dated: 9/12/2014

CLAUDIA WILKEN
United States District Judge