**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. ETHERNET INNOVATIONS, LLC,

    Plaintiff,

  v.

ACER, Inc., et al.,

    Defendants.

_____/

No. C 10-3724 CW

ORDER GRANTING PACER FEE EXEMPTION

    The Court has appointed Kwan Chan as Technical Advisor in this case. The Court finds that a PACER fee exemption is appropriate to facilitate Mr. Chan's work on this case. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met in order for the court to grant an exemption from the PACER fee.

    It would be unreasonable to burden Mr. Chan with payment of this fee while he is working under appointment by and on behalf of the Court. Because he is performing a public function as a Technical Advisor in this case, public access to information will be promoted if he has free access to the entire docket in this case.

    Thus, the Court finds that both standards have been met in this instance and GRANTS Mr. Chan an exemption from PACER user

fees with respect to documents on the docket of the above-captioned case and all related cases. The exemption shall remain in place as long as Mr. Chan remains appointed as technical advisor in the above-referenced case.

    IT IS SO ORDERED.

Dated: 9/12/2014

CLAUDIA WILKEN
United States District Judge

2