IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ACER, INC., et al.,<br><br>　　　Defendants.<br><br>ATHEROS COMMUNICATIONS, INC., et al.,<br><br>　　　Intervenors.<br>_____/ | No. C 10-3724 CW<br><br>ORDER ON MOTION TO SUPPLEMENT THE RECORD<br><br>(Docket No. 1237) |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>　　　Defendants,<br>_____/ | No. C 10-5254 CW<br><br>ORDER ON MOTION TO SUPPLEMENT THE RECORD<br><br>(Docket No. 552) |

Before the Court is Plaintiff's Motion to Supplement the Record in these related cases.  Case No. 10-3724, Docket No. 1237; Case No. 10-5254, Docket No. 552.  The Court DENIES the motion in part and GRANTS it in part.  Plaintiff may supplement the record only with an amended report by Mr. Bratic, but only to the extent necessary for him to remove improper bases for his calculations,

such as unmarked products or non-accused products.  He may not add any additional products or units of product.

IT IS SO ORDERED.

Dated:  October 10, 2014

CLAUDIA WILKEN
United States District Judge