IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>ACER, INC., et al.,<br><br>         Defendants.<br>ATHEROS COMMUNICATIONS, INC., et al.,<br><br>         Intervenors.<br>_____/ | No. C 10-3724 CW<br><br>ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS<br><br>(Docket No. 1272) |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>         Defendants,<br>_____/ | No. C 10-5254 CW |

On October 17, 2011, the Court directed the parties to deposit $10,000 each in a trust account as an interim payment of costs to provide funds for compensation of a Court-appointed technical advisor.  The Court issued two subsequent orders reinstating the technical advisor, Kwan Chan.  The account into which the initial money was put has now been substantially drawn down by payments to the technical advisor. Accordingly, the parties are ordered, on a per capita basis, to deposit forthwith an additional $100,000 to be added to the funds in the existing

account.  The technical advisor advises the Court that the account into which the initial money was placed is no longer in use.  The Court will inform the parties of the new account information.

IT IS SO ORDERED.

Dated:  October 20, 2014

_____
CLAUDIA WILKEN
United States District Judge