KARL J. KRAMER (CA SBN 136433)
KKramer@mofo.com
DANIEL HUBIN (CA SBN 278987)
Dhubin@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants and Counterclaimants
FUJITSU AMERICA, INC. AND FUJITSU LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Acer, Inc., et al.,<br><br>        Defendants | Case No.   4:10-cv-03724-CW(LB)<br><br>**MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Claudia Wilken<br>Courtroom:  2, 4th floor |

Defendants/Counterclaimants FUJITSU AMERICA, INC. AND FUJITSU LIMITED hereby request that Andy Tindel be removed as counsel of record and removed from the master service list in the above-entitled action.

The undersigned attorneys from Morrison & Foerster LLP remain as counsel of record to Defendants/Counterclaimants FUJITSU AMERICA, INC. AND FUJITSU LIMITED.

| | | |
|---|---|---|
| 1 | Dated: October 22, 2014 | MORRISON & FOERSTER LLP |

*/s/ Karl J. Kramer*
Karl J. Kramer
Daniel Hubin

Attorneys for Defendants
FUJITSU AMERICA, INC. AND
FUJITSU LIMITED

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 10/27/2014

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE