Garland T. Stephens, garland.stephens@weil.com
Douglas Wayne McClellan, *pro hac vice*, doug.mcclellan@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002
Phone: 713-546-5000 / Fax: 713-224-9511

Jared Bobrow, SBN 133712, jared.bobrow@weil.com
Sonal N. Mehta, SBN 222086, sonal.mehta@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: 650-802-3000 / Fax: 650-802-3100

Brian E. Ferguson, *pro hac vice*, brian.ferguson@weil.com
Weil, Gotshal & Manges, LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
Phone:  202-682-7077

Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Thad C. Kodish, *pro hac vice,* tkodish@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

Attorneys for Intervenor Intel Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>           Plaintiff,<br>     v.<br>Acer, Inc., et al.,<br>           Defendants,<br><br>Atheros Communications, Inc., et al.,<br>           Intervenors.<br>AT&T Mobility, LLC, et al.,<br>           Defendants. | Case No. 4:10-cv-03724 CW (LB)<br>Case No. 5:10-cv-05254 CW (LB)<br><br>ADMINISTRATIVE FILING OF DOCUMENTS PUBLICLY PURSUANT TO DKT. NO. 1314 (10-cv-3724) / DKT. NO. 581 (10-cv-5254)<br><br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th floor |

Intervenor Intel's Filing of Documents Publicly
Pursuant to Dkt. No. 1314 (10-cv-3724) / Dkt. No.
581 (10-cv-5254)

Case Nos. 4:10-cv-03724 CW (LB)
5:10-cv-05254 CW (LB)

1   Intervenor Intel Corporation ("Intel") hereby files the attached documents PUBLICLY in
2   response to the Court's Order on Administrative Motions to Seal (the "Order") (Docket in 4:10-
3   cv-03724-CW (LB) number ("Acer Dkt No.") 1314, Docket in 5:10-cv-05254 CW (LB) number
4   ("AT&T Dkt. No.") 581.

**I.   Acer Docket No. 1296; AT&T Docket No. 575 (Order at 3-4)**

Pursuant to the Court's Order, Intervenor Intel files the following REDACTED documents publicly:

1. USEI's Supplemental Expert's Report regarding damages and exhibits for the various Defendants and Intervenors. (Order at 3).
2. Supplemental Exhibits J to USEI's Supplemental Expert's Report regarding Intervenor Intel. (Order at 3).

**II.   Acer Docket No. 1305; AT&T Docket No. 553 (Order at 4-10)**

Pursuant to the Court's Order, Intervenor Intel files the following REDACTED documents publicly:

3. Intervenors' and Defendants' Motions for Summary Judgment and Opposition to Plaintiff's Dispositive Motions. (Order at 4).
4. Exhibit 29 to the Justin L. Constant Declaration in Support of its Motion for Administrative Relief to Seal Confidential Information. (Order at 5).
5. Part 1 (Redacted) and Parts 2-6 (Unredacted) of Exhibit 1 to the Declaration of Sean Nation in Support of USEI's Notice of Supplemental Authority and Motion to Supplement (Nation Declaration). (Order at 6-7).
6. Exhibit 2 (Parts 1 and 2) to the Nation Declaration. This document is the Corrected Expert Report of Dr. Michael Mitzenmacher, USEI's Infringement Expert, for Intervenor Intel. (Order at 7).
7. Exhibit 11 of the Nation Declaration. This document is the Supplemental Expert Report of Dr. Michael Mitzenmacher, USEI's Infringement Expert, for Intervenor Intel. (Order at 8).

Intervenor Intel's Filing of Documents Publicly           2           Case Nos. 4:10-cv-03724 CW (LB)
Pursuant to Dkt. No. 1314 (10-cv-3724) / Dkt. No.                              5:10-cv-05254 CW (LB)
581 (10-cv-5254)

1     8.     Exhibit 14 to the Justin L. Constant Declaration in support of Intervenors' and Defendants' Opposition to USEI's Motion to Supplement the Record and for Leave to Serve Supplemental Reports (Constant Declaration). (Order at 8-9).

9.     Exhibit 15 to the Constant Declaration. Exhibit 15 is the Second Supplemental Expert Report of Walter Bratic, USEI's Damages Expert. (Order at 9).

Dated: December 23, 2014     WEIL, GOTSHAL & MANGES LLP

By:  *s/ Justin L. Constant*
     Justin L. Constant

Counsel for Intervenor INTEL CORPORATION

Intervenor Intel's Filing of Documents Publicly Pursuant to Dkt. No. 1314 (10-cv-3724) / Dkt. No. 581 (10-cv-5254)     3     Case Nos. 4:10-cv-03724 CW (LB) / 5:10-cv-05254 CW (LB)