Garland T. Stephens, garland.stephens@weil.com
Douglas Wayne McClellan, *pro hac vice*, doug.mcclellan@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002
Phone: 713-546-5000 / Fax: 713-224-9511

Jared Bobrow, SBN 133712, jared.bobrow@weil.com
Sonal N. Mehta, SBN 222086, sonal.mehta@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: 650-802-3000 / Fax: 650-802-3100

Brian E. Ferguson, *pro hac vice*, brian.ferguson@weil.com
Weil, Gotshal & Manges, LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
Phone:  202-682-7077

Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Thad C. Kodish, *pro hac vice,* tkodish@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

Attorneys for Intervenor Intel Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Acer, Inc., et al., <br><br> Defendants, <br><br><br> Atheros Communications, Inc., et al., <br><br> Intervenors. | Case No. 4:10-cv-03724 CW (LB) <br> Case No. 5:10-cv-05254 CW (LB) <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME FOR INTERVENORS' AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) |
| AT&T Mobility, LLC, et al., <br><br> Defendants. | Judge: Hon. Claudia Wilken <br> Courtroom: 2, 4th floor |

Stipulated Request For Order Changing Time For
Intervenors' And Defendants' Opposition to
Plaintiff's Motion to Alter or Amend the Judgment
Pursuant to Fed. R. Civ. P. 59(e)

Case Nos. 4:10-cv-03724 CW (LB)
5:10-cv-05254 CW (LB)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, as follows:

Defendants' and Intervenors' (collectively, "Defendants") opposition to Plaintiff U.S. Ethernet LLC's ("USEI") Motion to Alter or Amend the Court's November 7, 2014 Summary Judgment Order Pursuant to Fed. R. Civ. P. 59(e) (Dkt. No. 1344-3) ("USEI's Motion") is due on January 12, 2015. USEI's reply is due on January 19, 2015. Defendants seek to extend these deadlines, and Plaintiff U.S. Ethernet Innovations LLC ("USEI") has agreed to stipulate to the requested extension. This extension is requested to give the parties additional time to respond in light of the recent Holidays. Accordingly, Defendants and USEI hereby jointly request the Court extend these deadlines by 2 days to January 14, 2015 and January 21, 2015, respectively.

Accordingly, the parties STIPULATE AND AGREE that the date for the Defendants' opposition to USEI's Motion be extended to January 14, 2015 and USEI's reply to January 21, 2015.

Dated: January 8, 2015        WEIL, GOTSHAL & MANGES LLP

By: */s/ Justin L. Constant*
      Justin L. Constant

Counsel for Intervenor INTEL CORPORATION

Stipulated Request For Order Changing Time For
Intervenors' And Defendants' Opposition to
Plaintiff's Motion to Alter or Amend the Judgment
Pursuant to Fed. R. Civ. P. 59(e)

2

Case Nos. 4:10-cv-03724 CW (LB)
5:10-cv-05254 CW (LB)

1        Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in

2   the filing of this document has been obtained from all relevant parties.

3

4

Dated:  January 8, 2015                    WEIL, GOTSHAL & MANGES LLP

5

6                                          By:  */s/ Justin L. Constant*
                                                Justin L. Constant

7                                          Counsel for Intervenor INTEL CORPORATION

8

9

10       PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

11

12  Dated:  January 12, 2015

13                                          Hon. Claudia Wilken, United Stated Senior District
                                            Court Judge.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulated Request For Order Changing Time For        3        Case Nos. 4:10-cv-03724 CW (LB)
Intervenors' And Defendants' Opposition to                          5:10-cv-05254 CW (LB)
Plaintiff's Motion to Alter or Amend the Judgment
Pursuant to Fed. R. Civ. P. 59(e)