Garland T. Stephens, garland.stephens@weil.com
Douglas Wayne McClellan, *pro hac vice*, doug.mcclellan@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002
Phone: 713-546-5000 / Fax: 713-224-9511

Jared Bobrow, SBN 133712, jared.bobrow@weil.com
Sonal N. Mehta, SBN 222086, sonal.mehta@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: 650-802-3000 / Fax: 650-802-3100

Brian E. Ferguson, *pro hac vice*, brian.ferguson@weil.com
Weil, Gotshal & Manges, LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
Phone:  202-682-7077

Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Thad C. Kodish, *pro hac vice,* tkodish@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

Attorneys for Intervenor Intel Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>        Plaintiff,<br>   v.<br>Acer, Inc., et al.,<br><br>        Defendants,<br><br>Atheros Communications, Inc., et al.,<br><br>        Intervenors.<br><br>AT&T Mobility, LLC, et al.,<br><br>        Defendants. | Case No. 4:10-cv-03724 CW (LB)<br>Case No. 5:10-cv-05254 CW (LB)<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME FOR INTERVENORS' AND DEFENDANTS' BILLS OF COSTS AND MOTIONS FOR ATTORNEYS' FEES<br><br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th floor |

Stipulated Request For Order Changing Time For
Intervenors' And Defendants' Bills Of Costs And
Motions For Attorneys' Fees

Case Nos. 4:10-cv-03724 CW (LB)
5:10-cv-05254 CW (LB)

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their
2  respective counsel, and subject to the approval of the Court, as follows:

3

4  Defendants' and Intervenors' (collectively, "Defendants") bills of costs and motions for
5  attorneys' fees are due on January 14, 2015.  *See* Dkt. No. 1312, 1313.  Defendants seek to extend
6  this deadline, and Plaintiff U.S. Ethernet Innovations LLC ("USEI") has agreed to stipulate to the
7  requested extension.  This extension is requested to allow the Court to first rule on USEI's Motion
8  to Alter or Amend the Court's November 7, 2014 Summary Judgment Order Pursuant to Fed. R.
9  Civ. P. 59(e) filed on December 29, 2014 (Dkt. No. 1344-3) ("USEI's Motion") and to allow for a
10 full accounting of all costs and fees related to this case.  Accordingly, Defendants and USEI
11 hereby jointly request the Court extend this deadline to 14 days after the Court rules on USEI's
12 Motion.

13

14 Accordingly, the parties STIPULATE AND AGREE that the date for the Defendants' bills
15 of costs and Motions for Attorneys' Fees be extended to 14 days after the Court rules on USEI's
16 Motion.

17

18 Dated:  January 9, 2015           WEIL, GOTSHAL & MANGES LLP

19
                                    By:  */s/ Justin L. Constant*
20                                       Justin L. Constant

21                                  Counsel for Intervenor INTEL CORPORATION

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from all relevant parties.

Dated: January 9, 2015            WEIL, GOTSHAL & MANGES LLP

By: */s/ Justin L. Constant*
     Justin L. Constant

Counsel for Intervenor INTEL CORPORATION

PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

Dated: January 12, 2015

Hon. Claudia Wilken, United Stated Senior District Court Judge.