UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>　　　　Plaintiff,<br>　v.<br>Acer, Inc., et al.,<br>　　　　Defendants,<br><br>Atheros Communications, Inc., et al.,<br>　　　　Intervenors. | Case No. 4:10-cv-03724 CW (LB)<br>Case No. 4:10-cv-05254 CW (LB)<br><br>[PROPOSED] ORDER GRANTING INTERVENORS' AND DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO USEI'S MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e)<br><br>Judge:　　Hon. Claudia Wilken<br>Courtroom:　2, 4th floor |

After due consideration to the pleadings and evidence submitted by the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Intervenors' and Defendants' Motion for Leave to File a Sur-Reply in Opposition to USEI's Motion to Alter or Amend the Court's November 7, 2014 Summary Judgment Order Pursuant to Fed. R. Civ. P. 59(e) is hereby **GRANTED**.

IT IS SO ORDERED.

Dated: _____ February 2, 2015

_____
Honorable Claudia Wilken
United States Senior District Court Judge