1  Craig S. Summers (Bar No. 108688)
   craig.summers@kmob.com
2  Irfan A. Lateef (Bar No. 204004)
   irfan.lateef@kmob.com
3  Marko R. Zoretic (Bar No. 233952)
   marko.zoretic@kmob.com
4  Brian C. Claassen (Bar No. 253627)
   brian.claassen@kmob.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
6  Fourteenth Floor
   Irvine, CA  92614
7  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
8
9  Attorneys for Defendant, TOSHIBA CORPORATION, TOSHIBA AMERICA
   INFORMATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| U.S. ETHERNET INNOVATIONS, LLC, | ) | Civil Action Nos. |
| --- | --- | --- |
| Plaintiff, | ) ) ) | 4:10cv03724 CW |
| v. | ) ) | JURY DEMAND |
| ACER, INC.; ACER AMERICA CORPORATION; APPLE, INC.; ASUS COMPUTER INTERNATIONAL; ASUSTEK COMPUTER INC.; DELL INC.; FUJITSU LTD.; FUJITSU AMERICA, INC.; GATEWAY, INC.; HEWLETT PACKARD CO.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., INTEL CORPORATION; MARVELL SEMICONDUCTOR, INC.; NVIDIA CORPORATION; AND ATHEROS COMMUNICATIONS INC. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REVISED BILL OF COSTS STATEMENT |
| AND RELATED COUNTER AND CROSS CLAIMS | ) ) | |

1    IT IS HEREBY ORDERED THAT Acer, Inc., Acer America Corporation, Gateway,
2    Inc., Asus Computer International, Asustek Computer Inc., Hewlett Packard Company, Sony
3    Corporation, Sony Corporation Of America, Sony Electronics Inc., Toshiba Corporation and
4    Toshiba America Information Systems Inc.'s Revised Bill of Costs is hereby GRANTED.

| Prevailing Party | Clerk's Costs Taxed | Minus Atheros Cost | Final Costs Taxed |
|---|---:|---:|---:|
| Acer/Gateway | $34,038.37 | $0 | $34,038.37 |
| Asus | $25,532.74 | $0 | $25,532.74 |
| Hewlett-Packard | $103,008.89 | $0 | $103,008.89 |
| Sony | $4,314.50 | $0 | $4,314.50 |
| Toshiba | $62,870.71 | $0 | $62,870.71 |

IT IS SO ORDERED.

Dated: September 28, 2015    By: _____
                                  Honorable Judge Laurel Beeler
                                  United States Magistrate Judge