IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACER, INC., et al.,<br><br>　　　　Defendants.<br><br>　　and<br><br>ATHEROS COMMUNICATIONS, INC., et al.,<br><br>　　　　Intervenors. | No. C 10-3724 CW<br><br>ORDER GRANTING MOTION FOR STAY AND APPROVAL OF SUPERSEDEAS BOND<br><br>(Docket No. 1478) |

　　Plaintiff U.S. Ethernet Innovations, LLC filed a motion for stay of execution of judgment pending appeal and approval of a supersedeas bond pursuant to Federal Rule of Civil Procedure 62 and Civil Local Rule 65.1.  Docket No. 1478.  Defendants filed a statement of non-opposition to the motion.  Docket No. 1479.

　　The supersedeas bond submitted by Plaintiff is approved and the execution of the final judgment is stayed pending the resolution of the appeal.

　　IT IS SO ORDERED.

Dated: January 11, 2016

CLAUDIA WILKEN
United States District Judge